AO 442 (Rev. 12/85) Warrant for Arrest  AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602

# United States District Court

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA
v.
MIRIAM "MIMI" LAWRENCE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6117**

MAGISTRATE JUDGE

CR - MORENO  DUBÉ

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ MIRIAM "MIMI" LAWRENCE _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions. mail fraud, and wire fraud; Loan application fraud; and wire fraud

in violation of Title 18 United States Code, Section(s) 371, 1014, 1343, and 1341

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

MAY 11, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $250,000 CORPORATE SURETY BOND
with Nebbia

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |