# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Miriam Lawrence (J)#  CASE NO: 00-6117-CR-Moreno
AUSA: Jeff Kaplan  *present*   ATTNY: Mike Dutko / Dave Bogenshutz — *standing in*
AGENT: _____   VIOL: 250,000 (temp?)
PROCEEDING: Initial Appearance   BOND REC: CSB

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: _____
BOND SET @ $100,000 PSB + $50,000 Corp Surety
CO-SIGNATURES: husband  — rebuttal
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS (as directed /o) ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: Dade, Broward + Palm Bch. counties
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

✗ – advised of charges
✗ – sworn

FILED by _____ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:       TIME:      JUDGE:
INQUIRY RE COUNSEL:      5-18-00    10:00AM    Miami/Mag Duty
PTD/BOND HEARING:        _____
PRELIM/ARRAIGN. OR REMOVAL: 5-18-00  10:00am    Miami/Mag
STATUS CONFERENCE:       _____

DATE: 5-12-00    TIME: 9:00am    TAPE # 00-037    PG # 0

200-552
recalled
1-111-229   13