UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

5-12-00
PCH

CASE NO.: 00-6117-CR-Moreno

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MIRIAM LAWRENCE,
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE

Language: __English__
Tape No. __00-657__
AUSA __Jeff Kaplan__
Agent _____

The above-named defendant having been arrested on __5-11-00__, having appeared before the court for initial appearance on __5-12-00__, and proceedings having been held in accordance with FR.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. __Mike Dutko__ appeared as ~~permanent~~/temporary counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at __IRC__ — __5-18-00 10:00am Miami__

4. Arraignment ~~Preliminary/Removal/Identity Hearing~~ is set for __5-18-00__, 20___

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____, 20___.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:

Bond set at: ~~$50,000 Corp~~ $100,000 PSB

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

_____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

_____ d. Maintain or actively seek full-time gainful employment.

_____ e. Maintain or begin an educational program.

_____ f. Avoid all contact with victims of or witnesses to the crimes charged.

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____ h. Comply with the following curfew: _____

— 1 —

Miriam Lawrence

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest        _____

                     On Warrant       _____

                     After Hearing    _____

If bond is changed from that set in another District. the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked. an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court. the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft Lauderdale . this 12th day of May .20 00 .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD/F M-1
Rev 01/00