UNITED STATES OF AMERICA )  CASE NUMBER: CR 00-6117
        Plaintiff )
         ) MORENO
      -vs- )
         ) REPORT COMMENCING CRIMINAL
         ) ACTION
Miriam Lawrence )
        Defendant ) FILED MAY 15 2000
         CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. FLA. 55294.004

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5/11/00  7:30  a.m./**p.m.**

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Bank Fraud, Mail Fraud, Wire Fraud (2679)

(4) UNITED STATES CITIZEN: (✓)YES  ( )NO  ( )UNKNOWN

(5) DATE OF BIRTH: 9-16-39

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND: $100,000 corporate surety  WHO SET BOND? AUSA Jeff Kaplan

(7) REMARKS: _____

(8) DATE: 5/11/00  (9) ARRESTING OFFICER Tim Kunsman / Judy Orihuela

(10) AGENCY IRS/FBI  (11) PHONE # (954) 214-2197 / (305) 787-6602

(12) COMMENTS _____

MAY 17 2000

Rec'd in MIA Dkt _____