UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ___ D.C.

MAY 1 5 2000

CLARENCE MADDON
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # ___ 5 ___ -99-009

UNITED STATES OF AMERICA )
                    Plaintiff )    Case Number: CR __ 00-6117-CR-MORENO
                              )    REPORT COMMENCING CRIMINAL
    -vs-                      )                ACTION
                              )
Lawrence, Miriam             )
            Defendant

*****************************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 5/12/00    9:00 am/pm

(2)  Language Spoken: English

(3)  Offense (s) Charged: Conspracy - mail, wire, Bank Fraud

(4)  U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 9/16/39

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _____

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [✓]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date:_____  (9) Arresting Officer:_____

(10) Agency:_____    (11) Phone:_____

(12) Comments:_____

MAY 1 7 2000

Rec'd in MIA Dkt _____