UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6117-CR-MORENO

UNITED STATES OF AMERICA,

vs.

MIRIAM LAWRENCE
               Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _55294-004_

Language: _English_

The above-named Defendant appeared before **Magistrate Judge TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:         Address:_____

FILED by ___ D.C.
MAG. SEC.

MAY 2 2 2000

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. MIAMI

               Tel. No:_____

Defense Counsel:  Name  : _Jeffrey Feiler_

               Address: _7685 SW 104 St., #200_

                        _Miami, FL 33156_

               Tel. No: _670-7700_

    Bond Set/Continued:      $50,000CSB & 100,000 PSB

Dated this _18_ day of _____MAY_____, 2000.

               CLARENCE MADDOX, CLERK

               BY___PATRICIA MITCHELL_____
                   Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. _00G-5742016_
DIGITAL START NO._____