AO 442 (Rev. 12/85) Warrant for Arrest  AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602  476521

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

MIRIAM "MIMI" LAWRENCE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6117**

MAGISTRATE JUDGE
CR - MORENO / DUBÉ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MIRIAM "MIMI" LAWRENCE___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions, mail fraud, and wire fraud; Loan application fraud; and wire fraud

in violation of Title __18__ United States Code, Section(s) __371, 1014, 1343, and 1341__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | MAY 11, 2000, FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| BSS | |
| Bail fixed at $250,000 CORPORATE SURETY BOND | by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE |
| with Nebbia | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/12/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ MIRIAM "MIMI" LAWRENCE _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:   FBI, 16320 NW 2ND AVENUE, N. MIAMI BEACH, FL 33169