UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-MORENO

UNITED STATES OF AMERICA,

vs.

MIRIAM LAWRENCE,

      Defendant.
_____/



### NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this 5th day of June 2000.

_____
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Federico A. Moreno
United States District Judge

United States Attorney's Office

U.S. Magistrate
Honorable Judge Barry Seltzer
United States District Court
Southern District
Ft. Lauderdale, Fl.

June 3, 2000

Re: 00-6117

Your Honor,

My name is Billy Dobbs. I am the husband of Miriam Lawrence, who, at this time is being held at the Federal Detention Center in Miami, Fl.

My wife is in poor health, as she suffers from High Blood Pressure, asthma and problems with her foot. She now has an infection in her foot. She had the cap of four teeth come off and with no way to fix them, she has to eat with it out. This has caused the screw implant in the bone to also come out.

Your Honor her bond is at such a high figure, we cannot make bail. I'm pleading with you to please lower this, so I can take care of her health problems with medical people here.

The investigation in this case was going on for over two years, if we wanted to leave, we would have done so a long time ago. Thank you for your time,

Billy Dobbs

DBBS
E. 2nd Terr,
, FL. 33334

 

HONORABLE BARRY S, SELTZER
U.S. MAGISTRATE JUDGE
299 E, BROWARD BLVD
UNITED STATES COURT HOUSE
FT, LAUDERDALE, FL. 33301

33301+1944