# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Miriam Lawrence (J)#         CASE NO: 00-6117-CR-Moreno
AUSA: Jeff Kaplan *present*        ATTNY: Jeff Feiler *present*
AGENT: _____              VIOL: _____
PROCEEDING: Status ~~Conference~~/ re letter   BOND REC: _____
            Bond Hearing/ reduction
BOND HEARING HELD - (yes)/no       COUNSEL APPOINTED: _____
___ BOND SET @  $100,000 PSB + 50,000 - 10% cash
CO-SIGNATURES: husband
SPECIAL CONDITIONS:

Re: letter from D's husband
D - sworn

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ___ Halfway House
13) ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

FILED by ___ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUN 19 2000
Rec'd in MIA Dkt _____

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 6-15-00   TIME: 11:00am   TAPE # 00-050   PG # 7

2598-2691
recalled -
00-050
#41