UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6117-CR-MORENO

FLORIDA BAR NO. 347604

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIRIAM LAWRENCE,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW, Jeffrey E. Feiler, counsel for Miriam Lawrence and respectfully requests the Court grant a continuance and as grounds states;

1.    Undersigned counsel was appointed on May 19, 2000 per the Criminal Justice Act (CJA). By June 15, 2000 undersigned counsel met with Assistant United States Attorney Jeff Kaplan to review the discovery in this cause.

2.    Undersigned counsel respectfully requests a continuance of this matter for at least thirty (30) days to consider a resolution of this cause by plea agreement or to effectively review the discovery and allegations with Ms. Lawrence.

3.    Undersigned counsel will be unavailable between August 7, 2000 through August 21, 2000 for family vacation and respectfully requests the matter not be set during that time period.



4.  Pursuant to Rule 88.9 undersigned counsel has discussed this Motion with Assistant United States Attorney Jeffrey Kaplan who had no objection to this Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of June, 2000 to the United States Attorney's Office, Jeffrey N. Kaplan, AUSA, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394, Robert Berube, AFPD, 101 Northeast Third Avenue, Suite 202, Ft. Lauderdale, Florida 33301 and H. Dohn Williams, 721 N.E. 3rd Avenue, Ft. Lauderdale, Florida 33304.

FEILER & SHAPIRO
7685 S.W. 104th Street, Ste. 200
Miami, Florida 33156
Tel: (305) 670-7700
Fax: (305) 667-1007

By: _____
JEFFREY E. FEILER