UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO. 00-6117-CR-MORENO

MARK ROSEMAN, et al.

    Defendants.
_____/

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and moves the Court to continue his trial. As grounds therefore the Defendant states:

1. The government began its investigation in 1996, and four years later it indicted the Defendant.

2. The Indictment enumerates approximately 25 separate and distinct real estate transactions. However the government's discovery response, which is attached hereto, enumerates 100's of real estate transactions.

3. The copying company from which the Defendant must obtain copies of the discovery related to the undersigned that the discovery encompasses approximately 94,000 pages. The case agent informed the undersigned that he had delivered 22 boxes of documents to the copying service. The copying service is in the process of copying the documents for government and "bate stamping" the documents with consecutive numbers.

4. Given the volume of the documents (i.e. 94,000 pages), the Defendant does not want to place an order for everything. The Defendant has requested copies of all the documents pertaining to the approximately 25 real estate transactions enumerated in the Indictment. The government and/or the copying service are not able to identify just those documents at this time.

Yesterday, the copying service asked the undersigned if he could come to the copying service and assist in identifying the documents the Defendant is seeking. The undersigned, with the government's permission, will do so next week.

5.      The undersigned spoke with Assistant United States Attorney Jeffrey Kaplan and he does not object to a defense continuance.

WHEREFORE the Defendant prays that his trial be continued.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed on June 23, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                       H. DOHN WILLIAMS JR. P.A.
                                       721 NE 3RD Avenue
                                       Fort Lauderdale, FL 33304
                                       954-523-5432; 527-5565 (fax)

                                       BY: _____
                                                     H. Dohn Williams Jr.
                                                     Fla. Bar #0166087

D:\clients\roseman\continue.1

### Bank Files

**Advantage Financial Inc.**

| Address | Date | Company | Name |
|---|---|---|---|
| 1001 Alabama Avenue | 08/06/1996 | Crystalyne Investments, Inc. | Louis, Joseph A. and Edna |
| 1030 NW 4th Avenue | 09/03/1996 | A-1 Affordable Homes, Inc. | Lewis, Earlie Mae and Martin, Marilyn |
| 1113 NW 11th Street | 08/26/1996 | Crystalyne Investments, Inc. | Whitehead, Garry |
| 1120 NW 17th Avenue | 07/15/1996 | A-1 Affordable Homes, Inc. | Gissendanner, Kenneth |
| 1530 NW 15th Terrace | 10/25/1996 | Crystalyne Investments, Inc. | Bennett, Calvin |
| 1623 S 24th Terrace | 08/23/1996 | Gold Medal Homes, Inc. | El-Khamlichi, Houssain |
| 1705 NW 8th Avenue | 07/31/1996 | A-1 Affordable Homes, Inc. | Fleurant, Jocelaine/Desinord, Yanique |
| 1744 NW 18th Street | 10/28/1996 | A-1 Affordable Homes, Inc. | Ethridge, Vernon and Karen |
| 1810 SW 69th Terrace - Did not close | N/A | Crystalyne Investments, Inc. | Pagan, Melvin |
| 2129 Madison Street | 07/25/1996 | Crystalyne Investments, Inc. | Donfred, Johnny and Isma, Fierissonne |
| 2321 NW 14th Street | 10/31/1996 | A-1 Affordable Homes, Inc. | Moore, Levianne L. |
| 2428 Thomas Street | 08/28/1996 | Gold Medal Homes, Inc. | Parajon, Zonia V. |
| 2507 Cleveland Street | 09/03/1996 | A-1 Affordable Homes, Inc. | Donfred, Johnny and Isma, Fierissonne |
| 2610 NW 6th Court | 07/15/1996 | A-1 Affordable Homes, Inc. | Greene, Michael and Keosha |
| 2920 NE 10th Avenue - Did not close | N/A | A-1 Affordable Homes, Inc. | Gass, Johnathan |
| 33 Virginia Road | 10/09/1996 | Gold Medal Homes, Inc. | Donis, Roberto J. |
| 3370 NW 6th Street | 12/11/1996 | A-1 Affordable Homes, Inc. | White, Darryl and Mary |
| 3509 NW 23rd Court - Did not close | N/A | A-1 Affordable Homes, Inc. | LaFrance, Daniel |
| 3761 SW 46th Avenue | 10/03/1996 | Gold Medal Homes, Inc. | Rembert, Johnny |
| 409 N 61st Avenue | 09/27/1996 | Gold Medal Homes, Inc. | Leitson, Alan I. |
| 412 SW 24th Avenue | 10/08/1996 | A-1 Affordable Homes, Inc. | Romero, Maria N./Torres, Ivette |
| 418 E. Evanston Circle | 11/08/1996 | Crystalyne Investments, Inc | Lewis, William D. and Edna |
| 5110 NE 7th Avenue | 09/30/1996 | Regent Property, Inc. | Dickens, Christopher O. and Sonji L. |
| 5320 NE 9th Avenue | 12/20/1995 | Equal Opportunity Homes, Inc. | Hill, Natasha |
| 822 NW 5th Avenue | 11/21/1996 | Gold Medal Homes, Inc. | Trottie, Yolandria A. |

**Barnett Bank**

| Address | Date | Company | Name |
|---|---|---|---|
| 101 SW 22nd Terrace | 03/30/1995 | Granite Properties, Inc. | Kemp, Annie R. |
| 1045 NW 2nd Avenue | 07/17/1995 | Equal Opportunity Homes, Inc. | Jean, Marie |
| 1100/1102 NW 3rd Ave | 06/22/1995 | Granite Properties, Inc. | Yulen, Marcial |
| 1137 NE 1st Avenue | 09/08/1995 | Minority Homes, Inc. | St. Juste, Lifaite |
| 1184 Arizona Avenue | 10/20/1995 | Minority Homes, Inc. | Gibson, Sherol |
| 1304 NW 1st Avenue | 07/13/1995 | Equal Opportunity Homes, Inc. | Knight, Lenord V. |
| 1310 N 69th Avenue | 07/14/1995 | Valley Properties, Inc. | Rivera, Armando and Griselda |
| 1341 NE 7th Avenue | 04/28/1995 | Granite Properties, Inc. | Berger, Wez |
| 1401 NW 15th Avenue | 03/24/1995 | Granite Properties, Inc. | Ramkisson, Ronald |
| 1606 NW 4th Avenue | 10/20/1995 | Equal Opportunity Homes, Inc. | Daley, Keith |
| 1637 NW 4th Avenue | 09/22/1995 | Equal Opportunity Homes, Inc. | Mathis, Nakisha |
| 2336 NW 15th Court | 07/28/1995 | Minority Homes, Inc. | Jordan, Raynard E. |
| 2342 Raleigh Street | 07/28/1995 | Valley Properties, Inc. | Rainey, Darrell S. |
| 2704 NW 7th Street | 08/16/1995 | Minority Homes, Inc. | Samuel, Darlene |
| 5638 SW 26th Street | 06/30/1995 | Valley Properties, Inc. | Moore, Raymond and Brown, Sharon |
| 5915 Mayo Street | 09/14/1995 | Valley Properties, Inc. | McClary, Linda F. |
| 5627 SW 26th Street | 08/15/1995 | Valley Properties, Inc. | Jackson, Kawanza |
| 832 NW 15th Avenue | 06/08/1995 | Royaline Realty South, Inc | Scott, Belinda |



| | | | |
|---|---|---|---|
| 841 NW 19th Avenue | 07/21/1995 | Minority Homes, Inc. | Lambert, Frederick E. |

**Barnett Mortgage Company**

| | | | |
|---|---|---|---|
| 3220 NW 18th Street | 10/11/1994 | Mark Roseman, Inc. | Gilner, Melvin and Ola |
| 491 NW 34th Terrace | 11/04/1994 | Mark Roseman, Inc. | Louis, Vilcius Pierre and Honorat, Marie |

**Bennett Home Mortgage**

| | | | |
|---|---|---|---|
| 1025 NW 10th Terrace - Did not close | N/A | Crystalyne Investments, Inc. | Jules, Juimis |
| 409 NW 19th Avenue - Did not close | N/A | A-1 Affordable Homes, Inc. | Bruce, Samuel and Tracye |
| 1736 SW 44th Avenue | 07/31/1996 | Crystalyne Investments, Inc. | Logan, Katrell N. |
| 1441 NW 2nd Avenue | 09/16/1996 | A-1 Affordable Homes, Inc. | Ramirez, Luz Mary |
| 2840 NW 12th Court | 08/26/1996 | Crystalyne Investments, Inc. | Robinson, Austin |
| 5901 NE 2nd Avenue | 07/25/1996 | A-1 Affordable Homes, Inc. | Flaurant, Suzette and Jackson, Lucius |
| 1017 Carolina Avenue | 10/04/1996 | Crystalyne Investments, Inc. | Camp, Wade C. |
| 1009 NW 4th Avenue | 09/25/1996 | A-1 Affordable Homes, Inc. | Hill, Kelvin |

**CFI Mortgage Corp.**

| | | | |
|---|---|---|---|
| 1146 NW 19th Court | 04/23/1996 | Minority Homes, Inc. | Crawford, Cassandra |
| 1211 S 24th Terrace | 12/29/1995 | Gold Metal Homes, Inc. | Walker, Gladys |
| 122 Ronald Road | 05/31/1996 | Gold Medal Homes, Inc. | Vendrell, Barbara E. |
| 1671-1673 SW 44th Avenue | 03/26/1996 | Granite Properties, Inc. | Curry, Christina M. |
| 2001 SW 43rd Ave | 05/29/1996 | Cheek, Wilbur and Tamira | Alvarez, Ricardo and Bravo, Maria |
| 2425 Dewey Street | 04/26/1996 | Gold Medal Homes, Inc. | Richards, Lloyd |
| 2830 NW 12th Court | 05/28/1996 | Crystalyne Investments, Inc. | Curtis, Bonnie |
| 39 Allen Road | 02/06/1996 | Gold Metal Homes, Inc. | Jefferson, Angela D. |
| 4531 NE 15th Avenue | 05/10/1996 | Leo Brovillette | Picado, Walter E. |
| 5814 Wiley Street | 04/30/1995 | Gold Medal Homes, Inc. | Adams, Willie |
| 609 NE 12th Avenue | 02/21/1996 | Crystalyne Investments, Inc. | Thompson, Paul/Fermon, Nicole |
| 6119 SW 39th Street | 02/20/1996 | Gold Metal Homes, Inc. | Alce, Carmelle R. |
| 661 SW 31st Avenue | 05/08/1996 | Crystalyne Investments, Inc. | Darneus, Jocelyn and Marie |
| 7761 SW 39th Street | 05/24/1996 | MEG | Fisher, Walter R. |
| 894 SW 14th Street | 03/15/1996 | Minority Homes, Inc. | Sanchez, Ana Maria |
| 4530 NE 14th Avenue | 05/10/1996 | Regent Property, Inc. | Charles, Cynthia J. |
| 1409 NE 3rd Avenue | 05/17/1996 | Minority Homes, Inc. | Dorsin, Luc and Ertna |

**First Bankers Mortgage Service**

| | | | |
|---|---|---|---|
| 1246 NE 3rd Avenue | 03/24/1995 | Royaline Realty South, Inc | Nauth, Narashe |
| 1525 NW 4th Avenue - Did not close | N/A | Granite Properties, Inc. | Miller, Lathon |
| 1540 N. Andrews Avenue | 04/04/1995 | Royaline Realty South, Inc | Berger, Wez |
| 1712 SW 44th Terrace | 02/28/1995 | Royaline Realty South, Inc | Mims, Henry V. |
| 1721 Roosevelt Street | 03/03/1995 | Royaline Realty South, Inc | Sance, Marie Sonnie |
| 2121 SW 1st Court | 03/03/1995 | Valley Properties, Inc. | Baker, Wilbert/Whitus, Nicole A. |
| 3140 NW 14th Avenue - Did not close | | Granite Properties, Inc. | Porter, Edgar B. |
| 39 Newton Road | 04/04/1995 | Valley Properties, Inc. | Monteagudo, Ariel and Patricia |
| 3920 SW 59th Terrace | 04/25/1995 | Valley Properties, Inc. | Roby, Terrence |
| 424 SW 24th Avenue | 05/19/1995 | Royaline Realty South, Inc | Walker, Jerome M. |



| | | | |
|---|---|---|---|
| 531 Alabama Avenue | 04/27/1995 | Granite Properties, Inc. | Laster, Maggie M. |
| 5616 SW 20th Street | 02/07/1995 | Valley Properties, Inc. | White, Keith L./Pressley, Cynthia |
| 5617 SW 20th Street | 05/05/1995 | Valley Properties, Inc. | Ankinson, Beatrice and Mable |
| 5634 SW 20th Street - Did not close | N/A | Valley Properties, Inc. | Sweeting, Sheila A. |
| 6812 SW 22nd Street - Did not close | N/A | Valley Properties, Inc. | Alcanthe, Myrlande |
| 109 SW 22nd Avenue | 03/03/1995 | Granite Properties, Inc. | Weaver, Eddie F. |
| 1525 NE 5th Avenue | 04/21/1995 | Granite Properties, Inc. | Elgue, Ramon Jose and Eiroa, Isabel |
| 832 NW 15th Avenue - Did not close | N/A | Royaline Realty South, Inc | Scott, Belinda |
| 841 NW 19th Avenue - Did not close | N/A | Royaline Realty South, Inc | Lambert, Frederick E. |
| 1517 NW 19th Avenue | 03/30/1995 | Granite Properties, Inc. | Mills, Artheen K. |

**First Choice Funding, Inc.**

| | | | |
|---|---|---|---|
| 1021 Mockingbird Lane #401 | 06/12/1996 | Randall, Phillips | Quiros, Milisa and Guest, Aaron |
| 1708 SW 43rd Avenue | 04/26/1996 | Quiros, Yariel et. Al. | Rosa, Jose and Silvia |
| 1780 SW 43rd Avenue | 08/04/1995 | Acquafredda, Bernard and Lorraine | Garcia, Jamie and Teresa |
| 1850 SW 42nd Terrace | 05/23/1996 | Dufour, Raymond and Lynet | Gonzalez, Miguel and Miriam |
| 1981 NE 34th Court | 07/31/1996 | Jimenez, Nelson and Amstad, Alois | Barni, Gustavo and Melanie |
| 2400 SW 45th Ave | 12/15/1995 | Faulner, George and Irene | Garcia, Juan and Nixia |
| 2410 SW 45th Avenue | 03/08/1996 | Bevilacqua, Frank and Susan | Leal, Franklin and Silvia |
| 2410 SW 45th Avenue - Did not close | N/A | Bevilacqua, Frank and Susan | Avila, Luis and Maricel |
| 261 NW 49th Street - Did not close | N/A | Arthur, Rod Jr. | Grande, Ricardo and Edis |
| 2859 NW 122 Avenue | 02/29/1996 | MLQ Investors, LP | Bevilacqua, Frank and Susan |
| 3066 S Oakland Forrest Drive - Did not close | N/A | Winslow, Scott | Moreno, Julio and Lilia |
| 3091 NW 48th Avenue - Did not close | N/A | Marino | McPhail, Tommy and Sharp, Bobby |
| 318 NW 69th Avenue #289 | 08/18/1996 | Harris, James | Quiros, Felisa |
| 380 NE 51st Street | 03/08/1996 | Sullivan, Gregory | Davila, Mauel M. |
| 4110 Taft Street | 07/28/1995 | Kurz, Sigmund | Nunez, Jose and Victoria |
| 4420 NE 13th Terrace | 11/27/1995 | Bushe, Jan | Ilaria, Rocco and Dana |
| 4450 NE 13th Avenue | 07/28/1995 | Schneider, Edward and Linda | Pollari, Cindy |
| 4761 NE 13th Terrace | 06/30/1995 | Hughes, Jonathan and Merrill, Teresa | Barrantes, Jorge and Zenia |
| 4824 SW 21st Street | 01/04/1996 | Brugger, Brian and Patricia | Martinez, Guillermo J. and Nereyda |
| 4836 SW 21st Street | 04/23/1996 | Veerasammy, Vincent | Perez, Maria and Amaury |
| 5440 NE 2nd Avenue | 02/08/1996 | Escobar, Narciso | Martinez, Carmen |
| 5961 NE 5th Terrace | 04/02/1996 | Sutter, Richard et. Al. | Villalon, Juventino |
| 6805 NW 70th Street - Did not close | N/A | Norbeck, Ann | Gonzalez, Rafael and Ines |
| 7107 NW 84th Street - Did not close | N/A | Gonzalez and Diaz | DeLeon, Paul |
| 820 NE 59th Street | 01/03/1996 | Tio, Silvia | Leon, Juan and Argueta, Aida |
| 8604 NW 35th Street #103 - Did not close | N/A | Madden, Hildred | Penagos, Benjamin and Maria |
| 1596 NE 28th Street - Did not close | N/A | Joyce A. Brovillette | Grabowski, Michael |
| 2001 SW 43rd Ave - Did not close | N/A | Cheek, Wilbur and Tamira | Alvarez, Ricardo and Bravo, Maria |

**Home Savings of America**

| | | | |
|---|---|---|---|
| 1118/1120 NW 8th Avenue | 10/06/1995 | Equal Opportunity Homes, Inc. | Boynton, Shane C. |
| 1106 NW 14th Street | 08/18/1995 | Minority Homes, Inc. | Jean, Marie |
| 1161 Arizona Avenue | 10/20/1995 | Minority Homes, Inc. | Royer, Ginette |
| 1315 NW 4th Avenue | 08/22/1995 | Equal Opportunity Homes, Inc. | Hall, Ruby |



| Address | Date | Company | Name |
|---|---|---|---|
| 1343 NE 7th Avenue | 04/28/1995 | Granite Properties, Inc. | Berger, Wez |
| 827 NE 14th Court | 08/11/1995 | Equal Opportunity Homes, Inc. | Majuste, Clebert |
| 204 NW 9th Street | 05/31/1994 | Mark Roseman, Inc. | Felix, Edgar |
| 5348 NE 2nd Terrace - Did not close | N/A | Equal Opportunity Homes, Inc. | Fullerton, Devon |

### Mortgage Dynamics Inc.

| Address | Date | Company | Name |
|---|---|---|---|
| 1217 NW 6th Avenue | 11/17/1995 | Equal Opportunity Homes, Inc. | Jenkins, James L. |
| 1411 NW 24th Terrace | 01/08/1996 | Minority Homes, Inc. | McCormick, Casandra |
| 1417 NW 4th Avenue | 09/26/1995 | Equal Opportunity Homes, Inc. | Brown, Mauty A. |
| 1428 NW 4th Avenue | 10/05/1995 | Minority Homes, Inc. | Boynton, Shane C. |
| 1429 NW 6th Avenue | 11/07/1995 | Minority Homes, Inc. | Watkins, Shamona |
| 1508 N 58th Avenue | 12/15/1995 | Gold Metal Homes, Inc. | Weimar, Linda and Frank |
| 1705 Rodman Street | 02/26/1996 | Gold Metal Homes, Inc. | Olivo, Fred A. Jr. |
| 1713 NW 15th Place | 01/26/1996 | Kudron, Vonda L. | Joseph, Josue/Louis, Javotte |
| 2233 Madison Street | 11/10/1995 | Equal Opportunity Homes, Inc. | Isma, Emmanol |
| 2262 NW 4th Street | 11/17/1995 | Minority Homes, Inc. | Boyd, Susie |
| 2441-2445 Adams Street | 08/18/1995 | Equal Opportunity Homes, Inc. | Castaneda, Rafael |
| 3811 SW 58th Avenue - Did not close | N/A | Valley Properties, Inc. | Howard, Colleen |
| 4411 SW 21st | 12/15/1995 | Gold Metal Homes, Inc. | Stone, Joseph |
| 5040 SW 24th Street | 11/17/1995 | Valley Properties, Inc. | Myricks, Fernando L. |
| 5606 Branch Street | 12/12/1995 | Gold Medal Homes, Inc. | Gonzalez, Gilberto |
| 5634 SW 20th Street | 07/17/1995 | Valley Properties, Inc. | Sweeting, Sheila A. |
| 1525 NW 4th Avenue | 06/23/1995 | Granite Properties, Inc. | Miller, Lathon |
| 1612 NW 6th Avenue | 08/17/1995 | Minority Homes, Inc. | Scott, Belinda |
| 1773 NE 50th Street | 10/27/1995 | Joyce A. Brovillette | Orozco, Luis Gabriel |
| 500 NW 6th Avenue | 09/27/1995 | Valley Properties, Inc. | Jackson, Kawanza |
| 5348 NE 2nd Terrace | 12/08/1995 | Equal Opportunity Homes, Inc. | Fullerton, Devon |
| 841 NW 19th Avenue - Did not close | N/A | Royaline Realty South, Inc | Lambert, Frederick E. |

### National Mortgage Lender

| Address | Date | Company | Name |
|---|---|---|---|
| 1033 NW 4th Avenue | 06/05/1995 | Crystalyne Investments, Inc. | Jacques, Charles Jean |
| 1091 Alabama Avenue | 03/07/1996 | Crystalyne Investments, Inc. | Eugene, Lucien |
| 1217 NW 5th Avenue | 02/22/1996 | Crystalyne Investments, Inc. | Curry, Christina M. |
| 1217 NW 5th Avenue - Did not close | N/A | Equal Opportunity Homes, Inc. | Boynton, Shane C. |
| 1301 NW 2nd Avenue | 02/23/1996 | Crystalyne Investments, Inc. | Davis, Jacqulyn |
| 1600 NW 4th Avenue | 05/03/1996 | Minority Homes, Inc. | Harvard, Minnie |
| 1620 NW 5th Avenue | 05/14/1996 | Minority Homes, Inc. | Pounds, Priscilla |
| 1624 NW 2nd Avenue | 02/09/1996 | Minority Homes, Inc. | Pierre, Rosaline |
| 1408 NW 9th Avenue | 12/08/1995 | Jack Kudron | Telfort, Guy R. |
| 1205 NW 3rd Avenue | 01/31/1996 | Minority Homes, Inc. | Desinor, Chesnel |
| 1501 NW 8th Avenue | 02/09/1996 | Crystalyne Investments, Inc. | Donacin, Erna |

### Peninsula Mortgage Bankers Corp.

| Address | Date | Company | Name |
|---|---|---|---|
| 1811 SW 42nd Avenue Did not close | N/A | Moreno, Lilia and Julio | Garcia, Juan and Nixia |
| 4120 NE 1st Terrace - Did not close | N/A | Morejon, Raimundo and Lucia | Sala-Cintron, Joaquin |
| 4310 SW 23rd Court | 09/29/1995 | Jaggernauth, Ramlal and Ruth | Canizares, Roberto and Emma |
| 4341 SW 22nd Street | 07/14/1995 | Solarana, Philip | Ortega, Felix and Margarita |



**Prime Mortgage Investors, Inc.**

| Address | Date | Seller | Buyer |
|---|---|---|---|
| 130 NE 56th Street - Did not close | N/A | Davis, Matthew | Sala-Cintron, Joaquin |
| 4540 NE 1st Terrace - Did not close | N/A | Czap, Helen and Frank | Delgado, Sandra |
| 4565 NE 1st Terrace - Did not close | N/A | Grana-Lopez, Berta | Santiago, Merida |
| 4880 NW 9th Terrace - Did not close | N/A | Estate of Elizabeth Dachik | Suazo, Laurie and Glen |
| 849 SW 10th Drive - Did not close | N/A | Keene, Glenn | Suarez, Agustina |
| 917 NW 26th Court - Did not close | N/A | Kaether, David | Zeno, Hector and Mariel |

**Preferred Funding Corp. II**

| Address | Date | Seller | Buyer |
|---|---|---|---|
| 1025 NW 10th Terrace | 06/28/1996 | Crystalyne Investments, Inc. | Jules, Julmis |
| 1180 Park Drive | 06/21/1996 | Minority Homes, Inc. | Stillwell, Donald |
| 1342 NE 7th Avenue | 06/03/1996 | Crystalyne Investments, Inc. | Isma, Flerissofine |
| 2221-2223 Filmore Street | 05/14/1996 | Crystalyne Investments, Inc. | Pascal, Marie J. |
| 2738 NW 5th Street | 06/21/1996 | Minority Homes, Inc. | Sanders, Georgia |
| 4520 NW 32nd Court | 04/30/1996 | Crystalyne Investments, Inc. | Wilson, Thadeus L. and Shirley A. |
| 901 NW 24th Avenue | 06/05/1996 | Crystalyne Investments, Inc. | Martin, Alice and Jones, Robert |
| 2131 Adams Street | 08/29/1996 | Crystalyne Investments, Inc. | Frazier, Melvin |

**Sun Bank/Sun Trust**

| Address | Date | Seller | Buyer |
|---|---|---|---|
| 1037 NW 2nd Avenue | 05/06/1994 | Royaline Realty South, Inc | Claide, Rodney O. |
| 1132 NW 7th Terrace | 03/05/1993 | Royaline Realty South, Inc | Kyle, Steve A. |
| 120 NW 53rd Court | 08/13/1993 | Mark Roseman, Inc. | Rivera, Roberto |
| 1245 NW 6th Avenue | 12/29/1993 | Royaline Realty South, Inc | Boddie, Andrew and Jessie |
| 1332 NW 9th Avenue | 11/10/1992 | Royaline Realty South, Inc | Myers, Perry Vonzell |
| 1402 NW 13th Court | 09/29/1992 | Mark Roseman Inc. | Luly, Roseman |
| 1406 NW 13th Court | 06/30/1993 | Mark Roseman, Inc. | Abrams, Alzada and Stewart, Anthony |
| 1421 NW 3rd Avenue | 06/02/1994 | Royaline Realty South, Inc | Jean-Charles, Mesadieu |
| 1612 NE 15th Avenue | 08/05/1993 | Royaline Realty South, Inc | Silva, Joseph |
| 1613 NW 12th Court | 04/22/1994 | Mark Roseman, Inc. | Canga, Gaspar |
| 1643 NW 14th Court | 08/30/1993 | Mark Roseman, Inc. | Calixte, Sony and Stanis, Felix |
| 2703 NW 13th Street | 07/30/1993 | Mark Roseman, Inc./Royaline Realty South, Inc. | Watson, John |
| 2855 NW 5th Street | 03/31/1993 | Royaline Realty South, Inc | Toney, Willie J. |
| 3050 S Oakland Forest Dr. #2006 - Did not close | N/A | Liz Velazquez | Caudill, Robert (Father Bob) |
| 3460 Berkeley Blvd | 09/30/1993 | Royaline Realty South, Inc | Porterfield, Taliha |
| 3801 NW 7th Court | 02/08/1993 | Royaline Realty South, Inc | Robinson, Tracey |
| 6210 SW 15th Street | 08/09/1994 | Mark Roseman, Inc. | Castillo, Germana and Frias, Fe Elsa |
| 627 NW 9th Avenue | 01/26/1994 | Mark Roseman, Inc. | Lubin, Samma |
| 6300 SW 17th Street | 06/30/1993 | Mark Roseman, Inc. | Pellot, Efrain |
| 1212 NW 13th Court | 03/22/1994 | Mark Roseman, Inc. | Vassor, Max |
| 1229 NW 1st Avenue | 02/28/1994 | Mark Roseman, Inc. | Murray, Jimmie |
| 1231 NW 14th Court | 02/25/1994 | Mark Roseman, Inc. | Johnson, Willie |
| 3165 NW 3rd Street | 07/05/1994 | Mark Roseman, Inc. | Bennett, Everett |
| 428 SW 24th Avenue | 08/30/1993 | Mark Roseman, Inc. | Rozier, Christopher L. |
| 4873 NE 16th Avenue - Did not close | N/A | Brovilette, Leo | Marques, Tomas |
| 824 NW 15th Avenue | 06/02/1994 | Mark Roseman, Inc./Royaline Realty | Scott, Jonathan C. |


(10)

|  |  | South, Inc. |  |
| --- | --- | --- | --- |
| 847 NW 2nc Avenue | 04/29/1994 | Mark Roseman, Inc. | Felix, Edgar |

**Sunshine Financial Corp.**

| 107 Marion Road | 06/10/1994 | Inland Valley Investment Properties, Inc. | Claide, Rodney O. |
| --- | --- | --- | --- |
| 1201 NW 2nd Avenue | 03/25/1994 | Royaline Realty South, Inc | Appolon, Yves Arsene |
| 3709 SW 13th Street | 06/10/1994 | Mark Roseman, Inc. | Felix, Edgar |

**Transcontinental Lending Group, Inc.**

| 2404 NE 8th Avenue - Did not close | N/A | Crystalyne Investments, Inc. | Brennan, Peter D. |
| --- | --- | --- | --- |
| 25 NE 26th Street | 11/19/1996 | A-1 Affordable Homes, Inc. | Ceballos Gustavo and Leila |
| 724 NW 17th Street | 09/17/1996 | A-1 Affordable Homes, Inc. | Crockett, Tommy |
| 2120 NW 64th Terrace | 11/14/1996 | Crystalyne Investments, Inc. | Leneus, Marie |

**World Saving and Loan**

| 1333 Madison Street | 05/10/1996 | Crystalyne Investments, Inc. | Ormston, Lein and Andrea |
| --- | --- | --- | --- |

## Title Files

**American Title (Gerald Burton)**

| | | | |
|---|---|---|---|
| Barrantes, Jorge and Zenia | Hughes, Jonathan and Merrill, Teresa | 4761 NE 13th Terrace | 06/30/1995 |
| Bevilacqua, Frank and Susan | MLQ Investors, LP | 2859 NW 122 Avenue | 02/29/1996 |
| Canizares, Roberto and Emma | Jaggernauth, Ramial and Ruth | 4310 SW 23rd Court | 09/29/1995 |
| Canizares, Roberto and Emma | Loynes-Rivera, Miriam | 2120 SW 46th Terrace - Did not close | N/A |
| Davila, Mauel M. | Sullivan, Gregory | 360 NE 51st Street | 03/08/1996 |
| Delgado, Sandra | Czap, Helen and Frank | 4540 NE 1st Terrace - Did not close | N/A |
| Garcia, Jamie and Teresa | Acquafredda, Bernard and Lorraine | 1760 SW 43rd Avenue | 08/04/1995 |
| Garcia, Juan and Lilliana | Rooney, Dorothy | 2320 SW 42nd Way | 04/28/1995 |
| Garcia, Juan and Nixia | Faulner, George and Irene | 2400 SW 45th Ave | 12/15/1995 |
| Garcia, Juan and Nixia | Moreno, Lilia and Julio | 1811 SW 42nd Avenue Did not close | N/A |
| Grande, Ricardo and Edis | Arthur, Rod Jr. | 261 NW 49th Street - Did not close | N/A |
| Ilaria, Rocco and Dana | Buehe, Jan | 4420 NE 13th Terrace | 11/27/1995 |
| Leal, Franklin and Silvia | Bevilacqua, Frank and Susan | 2410 SW 45th Avenue | 03/08/1996 |
| Leon, Juan and Argueta, Aida | Tio, Silvia | 820 NE 59th Street | 01/03/1996 |
| Martinez, Carmen | Escobar, Narciso | 5440 NE 2nd Avenue | 02/08/1996 |
| Martinez, Guillermo J. and Nereyda | Brugger, Brian and Patricia | 4824 SW 21st Street | 01/04/1996 |
| Moreno, Julio and Lilia | Winslou, Scott | 3066 S Oakland Forrest Drive - Did not close | N/A |
| Nunez, Jose and Victoria | Kurz, Sigmund | 4110 Taft Street | 07/28/1995 |
| Ochoa, Jose and Maria | Taylor, Herbert | 5157 NE 4th Terrace | 01/13/1995 |
| Ortega, Felix and Margarita | Solarana, Philip | 4341 SW 22nd Street | 07/14/1995 |
| Perez, Maria and Amaury | Veerasammy, Vincent | 4836 SW 21st Street | 04/23/1996 |
| Pollari, Cindy | Schneider, Edward and Linda | 4450 NE 13th Avenue | 07/28/1995 |
| Rosa, Jose and Silvia | Quiros, Yariel et. Al. | 1708 SW 43th Avenue | 04/26/1996 |
| Sala-Cintron, Joaquin | Morejon, Raimundo and Lucia | 4120 NE 1st Terrace - Did not close | N/A |
| Sala-Cintron, Joaquin | Davis, Matthew | 130 NE 56th Street - Did not close | N/A |
| Suarez, Agustina | Keene, Glenn | 849 SW 10th Drive - Did not close | N/A |
| Suazo, Laurie and Glen | Estate of Elizabeth Dachik | 4880 NW 9th Terrace - Did not close | N/A |
| Villalon, Juventino | Sutter, Richard and Janice and Sauder, Judy | 5981 NE 5th Terrace | 04/02/1996 |

**Investor Title**

| | | | |
|---|---|---|---|
| Donis, Roberto J. | Gold Medal Homes, Inc. | 33 Virginia Road | 10/09/1996 |
| Edinger, Rhonda | Gold Medal Homes, Inc. | 57121 SW 38th Street | 07/26/1996 |
| Frederick, Tramelonie | Gold Medal Homes, Inc. | 2420 SW 48th Avenue | 07/26/1996 |
| Leitson, Alan I. | Gold Medal Homes, Inc. | 409 N 61st Avenue | 09/27/1996 |
| Pagan, Melvin | Crystalyne Investments, Inc. | 1810 SW 69th Terrace | 01/31/1997 |
| Rembert, Johnny | Gold Medal Homes, Inc. | 3761 SW 46th Avenue | 10/03/1996 |
| Thompson, Stanley | Gold Medal Homes, Inc. | 35 Virginia Road | 10/03/1996 |
| Trottie, Yolandria A. | Gold Medal Homes, Inc. | 822 NW 5th Avenue | 11/21/1996 |
| Gold Medal Homes, Inc. | Blakney, Sandra and Curtis, Joyce | 33 Virginia Road | 07/22/1996 |
| Gold Medal Homes, Inc. | Haskins, Betty Jean (Plenary) | 35 Virginia Road | 07/03/1996 |



| | | | |
|---|---|---|---|
| Gold Medal Homes, Inc. | Bonaquisti, Concetta | 3781 SW 46th Avenue | 07/25/1996 |
| Valley Properties, Inc. | Ford Consumer Finance Company | 1508 N 58th Avenue | 10/20/1995 |

**Lighthouse Point Title and Escrow**

| | | | |
|---|---|---|---|
| Alce, Carmelle R. | Gold Medal Homes, Inc. | 6119 SW 39th Street | 02/20/1996 |
| Alce, Carmelle R. | Gold Medal Homes, Inc. | 5728 Wiley Street | 04/26/1996 |
| Alvarez, Argelia | Valley Properties, Inc. | 124 Harvard Road | 11/29/1994 |
| Andrews, Gwendolyn E. | Valley Properties, Inc. | 4807 SW 19th Street | 12/22/1994 |
| Ankinson, Beatrice and Mable | Valley Properties, Inc. | 5517 SW 20th Street | 05/05/1995 |
| Argueta, Hernan A. and Hector | Royaline Realty South, Inc | 717 NE 15th Street | 05/22/1995 |
| Berger, Wez | Granite Properties, Inc. | 1341 NE 7th Avenue | 04/28/1995 |
| Berger, Wez | Royaline Realty South, Inc | 1540 N. Andrews Avenue | 04/04/1995 |
| Berger, Wez | Granite Properties, Inc. | 1343 NE 7th Avenue | 04/28/1995 |
| Berry, Lovina and Adrian | Valley Properties, Inc. | 2510 Mayo Street | 07/15/1994 |
| Boyd, Susie | Minority Homes, Inc. | 2262 NW 4th Street | 11/17/1995 |
| Boynton, Shane C. | Equal Opportunity Homes, Inc. | 1041 NW 7th Terrace | 12/21/1995 |
| Boynton, Shane C. | Equal Opportunity Homes, Inc. | 1118/1120 NW 8th Avenue | 10/06/1995 |
| Boynton, Shane C. | Minority Homes, Inc. | 1428 NW 4th Avenue | 10/05/1995 |
| Brown, Mauty A. | Equal Opportunity Homes, Inc. | 1417 NW 4th Avenue | 09/26/1995 |
| Burden, John W./Thomas, Derrick S. | Granite Properties, Inc. | 1700 NW 15th Avenue | 02/24/1995 |
| Burgess, Gregory and Dorothy | Royaline Realty South, Inc | 1340 NW 1st Avenue | 03/30/1995 |
| Camp, Wade C. | Crystalyne Investments, Inc. | 1017 Carolina Avenue | 10/04/1996 |
| Castaneda, Rafael | Equal Opportunity Homes, Inc. | 2441-2445 Adams Street | 08/18/1995 |
| Cedeno, Lawrence | Valley Properties, Inc. | 5751 SW 40th Court | 07/22/1994 |
| Chandler Louis and Margaret | Valley Properties, Inc. | 4021 SW 26th Street | 10/21/1994 |
| Chavane, Francene | Royaline Realty South, Inc | 1213 NW 18th Court | 06/08/1995 |
| Christianson, Carl | Gold Medal Homes, Inc. | 3811 SW 58th Avenue | 01/24/1996 |
| Claide, Rodney O. | Inland Valley Investment Properties, Inc. | 107 Marion Road | 06/10/1994 |
| Crawford, Cassandra | Minority Homes, Inc. | 1146 NW 19th Court | 04/23/1996 |
| Crockett, Tommy | A-1 Affordable Homes, Inc. | 724 NW 17th Street | 09/17/1996 |
| Curry, Christina M. | Granite Properties, Inc. | 1671-1673 SW 44th Avenue | 03/26/1996 |
| Curry, Christina M. | Crystalyne Investments, Inc. | 1217 NW 5th Avenue | 02/22/1996 |
| Curtis, Bennie | Crystalyne Investments, Inc. | 2830 NW 12th Court | 05/28/1996 |
| Daley, Keith | Equal Opportunity Homes, Inc. | 1606 NW 4th Avenue | 10/20/1995 |
| Dameus, Jocelyn and Marie | Crystalyne Investments, Inc. | 651 SW 31st Avenue | 05/08/1996 |
| Davis, Jacqulyn | Crystalyne Investments, Inc. | 1301 NW 2nd Avenue | 02/23/1996 |
| Dean, Harry A. | MEG | 5809 Wiley Street | 05/16/1996 |
| Delvas, Peniel L. | Gold Medal Homes, Inc. | 2628 Fletcher Street | 04/11/1996 |
| Desinor, Chesnel | Minority Homes, Inc. | 1205 NW 3rd Avenue | 01/31/1996 |
| Dickens, Christopher O. and Sonji L. | Regent Property, Inc. | 5110 NE 7th Avenue | 09/30/1995 |
| Donacin, Erna | Crystalyne Investments, Inc. | 1501 NW 8th Avenue | 02/09/1996 |
| Donfred, Johnny and Isma, Florissonne | Crystalyne Investments, Inc. | 2129 Madison Street | 07/25/1996 |
| Dorsin, Luc and Ertha | Minority Homes, Inc. | 1409 NE 3rd Avenue | 05/17/1996 |
| El-Khamlichi, Houssain | Gold Medal Homes, Inc. | 1623 S 24th Terrace | 08/23/1996 |
| Eugene, Lucien | Crystalyne Investments, Inc. | 1091 Alabama Avenue | 03/07/1996 |
| Exil, Jean Pierre | Royaline Realty South, Inc | 1225 NE 6th Avenue | 10/21/1994 |
| Fisher, Walter R. | MEG | 7781 SW 39th Street | 05/24/1996 |
| Fleurant, Jocelaine/Desinord, Yanique | A-1 Affordable Homes, Inc. | 1705 NW 8th Avenue | 07/31/1996 |



(13)

| | | | |
|---|---|---|---|
| Frazier, Melvin | Crystalyne Investments, Inc. | 2131 Adams Street | 08/29/1995 |
| Gilmer, Melvin and Ola | Mark Roseman, Inc. | 3220 NW 16th Street | 10/11/1994 |
| Gissendanner, Kenneth | A-1 Affordable Homes, Inc. | 1120 NW 17th Avenue | 07/15/1996 |
| Gonzalez, Gilberto | Gold Medal Homes, Inc. | 5606 Branch Street | 12/12/1995 |
| Grabowski, Michael | Joyce A. Broviliette | 1596 NE 28th Street | 01/25/1996 |
| Hall, Ruby | Equal Opportunity Homes, Inc. | 1315 NW 4th Avenue | 09/22/1995 |
| Harvard, Minnie | Minority Homes, Inc. | 1600 NW 4th Avenue | 05/03/1996 |
| Haywood, Tyrone A. | Mr. B's Realty, Inc. | 871 NW 5th Avenue | 09/18/1996 |
| Hill, Kelvin | A-1 Affordable Homes, Inc. | 1009 NW 4th Avenue | 09/25/1996 |
| Hill, Natasha | Equal Opportunity Homes, Inc. | 5320 NE 9th Avenue | 12/20/1995 |
| Hyacinthe, Bernadette | Mark Roseman, Inc. | 1117 NW 3rd Avenue | 01/20/1995 |
| Isma, Emmanel | Equal Opportunity Homes, Inc. | 2233 Madison Street | 11/10/1995 |
| Isma, Flerissotine | Crystalyne Investments, Inc. | 1342 NE 7th Avenue | 08/09/1996 |
| Jackson, Kawanza | Valley Properties, Inc. | 5627 SW 26th Street | 08/15/1995 |
| Jacques, Charles Jean | Crystalyne Investments, Inc. | 1033 NW 4th Avenue | 06/05/1996 |
| Jean, Marie | Equal Opportunity Homes, Inc. | 1045 NW 2nd Avenue | 07/17/1995 |
| Jean, Marie | Minority Homes, Inc. | 1106 NW 14th Street | 08/18/1995 |
| Jefferson, Angela D. | Gold Metal Homes, Inc. | 39 Allen Road | 02/06/1996 |
| Jensen, Sussi | Mark Roseman, Inc. | 1432 NE 5th Avenue | 02/03/1995 |
| Jerkins, James L. | Equal Opportunity Homes, Inc. | 1217 NW 6th Avenue | 11/17/1995 |
| Jordan, Raynard E. | Minority Homes, Inc. | 2336 NW 15th Court | 07/28/1995 |
| Joseph, Josue/Louis, Javotte | Kudron, Vonda L. | 1713 NW 15th Place | 01/26/1996 |
| Jubinski, Michael B. | Valley Properties, Inc. | 36 Virginia Road | 06/03/1994 |
| Jules, Julmis | Crystalyne Investments, Inc. | 1025 NW 10th Terrace | 06/23/1996 |
| Kemp, Annie R. | Granite Properties, Inc. | 101 SW 22nd Terrace | 03/30/1995 |
| Knight, Lenord V. | Equal Opportunity Homes, Inc. | 1304 NW 1st Avenue | 07/13/1995 |
| Lambert, Frederick E. | Minority Homes, Inc. | 841 NW 19th Avenue | 07/21/1995 |
| Laster, Maggie M. | Granite Properties, Inc. | 531 Alabama Avenue | 04/27/1995 |
| Lewis, Earlie Mae and Martin, Marilyn | A-1 Affordable Homes, Inc. | 1030 NW 4th Avenue | 09/03/1996 |
| Lindo, Norman and Joyce | Valley Properties, Inc. | 242 SW 15th Street | 12/22/1994 |
| Logan, Katrell N. | Crystalyne Investments, Inc. | 1736 SW 44th Avenue | 07/31/1996 |
| Louis, Joseph A. and Edna | Crystalyne Investments, Inc. | 1001 Alabama Avenue | 08/08/1996 |
| Louis, Vilclus Pierre and Honorat, Marie | Mark Roseman, Inc. | 491 NW 34th Terrace | 11/04/1994 |
| Majuste, Clebert | Equal Opportunity Homes, Inc. | 827 NE 14th Court | 08/11/1995 |
| Martin, Alice and Jones, Robert | Crystalyne Investments, Inc. | 901 NW 24th Avenue | 06/05/1996 |
| Martinez, Juan Ramon and Marlene | Valley Properties, Inc. | 6316 Polk Street | 06/30/1995 |
| Mason, John T. | Valley Properties, Inc. | 6812 SW 22nd Street | 05/18/1995 |
| Mathis, Nakisha | Equal Opportunity Homes, Inc. | 1637 NW 4th Avenue | 09/22/1995 |
| McClary, Linda F. | Valley Properties, Inc. | 5915 Mayo Street | 09/14/1995 |
| McCormick, Casandra | Minority Homes, Inc. | 1411 NW 24th Terrace | 01/08/1996 |
| Mills, Artheen K. | Granite Properties, Inc. | 1517 NW 19th Avenue | 03/30/1995 |
| Monteagudo, Ariel and Patricia | Valley Properties, Inc. | 39 Newton Road | 04/04/1995 |
| Myricks, Fernando L. | Valley Properties, Inc. | 5040 SW 24th Street | 11/17/1995 |
| Negron, Steven | Mr. B's Realty, Inc. | 260 NE 23rd Court | 05/20/1996 |
| Ojeda, Jose L. | Valley Properties, Inc. | 4601 SW 31st Drive | 07/14/1995 |
| Olivo, Fred A. Jr. | Gold Metal Homes, Inc. | 1705 Rodman Street | 02/26/1996 |
| Ormston, Lein and Andrea | Crystalyne Investments, Inc. | 1333 Madison Street | 05/10/1996 |
| Parajon, Zonia V. | Gold Medal Homes, Inc. | 2426 Thomas Street | 08/28/1996 |
| Pascal, Marie J. | Crystalyne Investments, Inc. | 2221-2223 Filmore Street | 05/14/1996 |


(14)

| Name | Company | Address | Date |
|---|---|---|---|
| Picado, Walter E. | Leo Brovillette | 4531 NE 15th Avenue | 05/10/1996 |
| Pierre, Rosaline | Minority Homes, Inc. | 1624 NW 2nd Avenue | 02/09/1996 |
| Ponton, Gayle | Royaline Realty South, Inc | 1904 SW 10th Court | 09/30/1994 |
| Porter, Edgar B. | Granite Properties, Inc. | 3140 NW 14th Avenue | 06/23/1995 |
| Pounds, Prisolila | Minority Homes, Inc. | 1820 NW 5th Avenue | 05/14/1996 |
| Rainey, Darrell S. | Valley Properties, Inc. | 2342 Raleigh Street | 07/28/1995 |
| Ramirez, Luz Mary | A-1 Affordable Homes, Inc. | 1441 NW 2nd Avenue | 09/16/1996 |
| Richards, Lloyd | Gold Medal Homes, Inc. | 2425 Dewey Street | 04/26/1996 |
| Rivera, Armando and Griselda | Valley Properties, Inc. | 1310 N 69th Avenue | 07/14/1995 |
| Robinson, Austin | Crystalyne Investments, Inc. | 2840 NW 12th Court | 08/26/1996 |
| Rooy, Terrence | Valley Properties, Inc. | 3920 SW 59th Terrace | 04/25/1995 |
| Romero, Maria N./Torres, Ivette | A-1 Affordable Homes, Inc. | 412 SW 24th Avenue | 10/08/1996 |
| Royer, Ginette | Minority Homes, Inc. | 1181 Arizona Avenue | 10/20/1995 |
| Samuel, Darlene | Minority Homes, Inc. | 2704 NW 7th Street | 08/16/1995 |
| Sance, Marie Sonnie | Royaline Realty South, Inc | 1721 Roosevelt Street | 03/03/1995 |
| Sanchez, Ana Maria | Minority Homes, Inc. | 894 SW 14th Street | 03/15/1996 |
| Sanders, Georgia | Minority Homes, Inc. | 2738 NW 5th Street | 06/21/1996 |
| St. Juste, Lifaite | Minority Homes, Inc. | 1137 NE 1st Avenue | 09/08/1995 |
| Stillwell, Donald | Minority Homes, Inc. | 1180 Park Drive | 06/21/1996 |
| Stone, Joseph | Gold Metal Homes, Inc. | 4411 SW 21st | 12/15/1995 |
| Tassy, Marie S. | Mark Roseman, Inc./Royaline Realty South, Inc. | 104 SE 5th Street | 12/16/1994 |
| Telfort, Guy R. | Jack Kudron | 1408 NW 9th Avenue | 12/08/1995 |
| Thomas, Willie J. | Granite Properties, Inc. | 1536 NW 15th Avenue | 06/09/1995 |
| Thompson, Paul/Fermon, Nicole | Crystalyne Investments, Inc. | 609 NE 12th Avenue | 02/21/1996 |
| Valerio, Luis and Corina | Valley Properties, Inc. | 3631 SW 33rd Avenue | 12/02/1994 |
| Vendrell, Barbara E. | Gold Medal Homes, Inc. | 122 Ronald Road | 05/31/1996 |
| Victor, Magdaleina | Gold Medal Homes, Inc. | 5417 SW 19th Street | 03/19/1996 |
| Walker, Gladys | Gold Metal Homes, Inc. | 1211 S 24th Terrace | 12/29/1995 |
| Walker, Jerome M. | Royaline Realty South, Inc | 424 SW 24th Avenue | 05/19/1995 |
| Watkins, Shamona | Minority Homes, Inc. | 1429 NW 6th Avenue | 11/07/1995 |
| Webb, Sam | Minority Homes, Inc. | 839 NW 16th Terrace | 11/17/1995 |
| Weimar, Linda and Frank | Gold Metal Homes, Inc. | 1508 N 58th Avenue | 12/15/1995 |
| White, Keith L./Pressley, Cynthia | Valley Properties, Inc. | 5615 SW 20th Street | 02/07/1995 |
| Whitehead, Garry | Crystalyne Investments, Inc. | 1113 NW 11th Street | 08/26/1996 |
| Williams, Shakita Yvette | Equal Opportunity Homes, Inc. | 1650 NW 1st Way | 01/24/1996 |
| Wilson, Thadeus L. and Shirley A. | Crystalyne Investments, Inc. | 4520 NW 32nd Court | 04/30/1996 |
| Yulon, Marcial | Granite Properties, Inc. | 1100/1102 NW 3rd Ave | 06/22/1995 |
| Eigue, Ramon Jose and Eiroa, Isabel | Granite Properties, Inc. | 1525 NE 5th Avenue | 04/21/1995 |
| Fleurant, Suzette and Jackson, Lucius | A-1 Affordable Homes, Inc. | 5901 NE 2nd Avenue | 07/25/1996 |
| Fullerton, Devon | Equal Opportunity Homes, Inc. | 5348 NE 2nd Terrace | 12/08/1995 |
| Jackson, Kawanza | Valley Properties, Inc. | 500 NW 6th Avenue | 09/27/1995 |
| Miller, Lathon | Granite Properties, Inc. | 1525 NW 4th Avenue | 06/23/1995 |
| Orozco, Luis Gabriel | Joyce A. Brovillette | 1773 NE 50th Street | 10/27/1995 |
| Scott, Belinda | Royaline Realty South, Inc | 832 NW 16th Avenue | 06/08/1995 |
| Scott, Belinda | Minority Homes, Inc. | 1612 NW 6th Avenue | 08/17/1995 |
| | | | |
| A-1 Affordable Homes, Inc. | Estate of Eveleaner Mitchell | 2840 NW 12th Court | 06/26/1996 |
| Balboni, Michael | HUD | 631 Alabama Avenue | 03/09/1995 |
| Brovillette, Joyce | HUD | 1100 NW 19th Street | 11/12/1993 |



| | | | |
|---|---|---|---|
| Brovilletta, Leo | HUD | 1773 NE 50th Street | 11/08/1994 |
| Castenada, Rafael | HUD | 1651 NW 2nd Avenue | 03/03/1995 |
| Ciambrone, Salvatore | HUD | 5348 NE 2nd Terrace | 10/25/1995 |
| Cooper, Williams | HUD | 1525 NE 5th Avenue | 03/16/1995 |
| Crystalyne Investments, Inc. | Simon, Angela | 1671-1673 SW 44th Avenue | 02/23/1996 |
| Crystalyne Investments, Inc. | Cass, Bernard | 1033 NW 4th Avenue | 01/30/1996 |
| Crystalyne Investments, Inc. | Berg, Joseph S./Susana E. | 2221-2223 Filmore Street | 05/14/1996 |
| Crystalyne Investments, Inc. | Worldwide Land Corp. | 1726 NW 9th Avenue | 02/20/1996 |
| Crystalyne Investments, Inc. | Worldwide Land Corp. | 1133 NE 1st Avenue | 02/29/1996 |
| Crystalyne Investments, Inc. | Inverrary-Oakland Group | 2123 Adams Street | 05/29/1996 |
| Crystalyne Properties, Inc. | Miller, Mary Dillard | 661 SW 31st Avenue | 03/11/1996 |
| Curry, Christina | HUD | 412 SW 24th Avenue | 05/22/1996 |
| Delmas, Charitable | HUD | 1705 NW 8th Avenue | 03/21/1996 |
| Delmas, Charitable | HUD | 5901 NE 2nd Avenue | 06/05/1996 |
| Dobbs, Billy | HUD | 1409 NE 3rd Avenue | 01/11/1996 |
| Equal Opportunity Homes, Inc. | Maler, Pamela Ann | 1606 NW 4th Avenue | 07/21/1995 |
| Equal Opportunity Homes, Inc. | Oxford Capital Corp. | 5320 NE 9th Avenue | 10/23/1995 |
| Equal Opportunity Homes, Inc. | J.I.Kislak | 609 NE 12th Avenue | 11/13/1995 |
| Equal Opportunity Homes Inc. | Power River Investment | 1118/1120 NW 8th Avenue | 10/05/1995 |
| Equal Opportunity Homes Inc. | McCarty, Robert | 1301 NW 2nd Avenue | 11/27/1995 |
| Equal Opportunity Homes, Inc. | Wheeler, Maria Florinda | 2233 Madison Street | 09/19/1995 |
| Equal Oppurtunity Homes, Inc. | Tipton, Rosnell | 1041 NW 7th Terrace | 11/20/1995 |
| Gold Medal Homes, Inc. | Williams, Ben/Maggie | 2420 SW 48th Avenue | 05/24/1996 |
| Gold Medal Homes, Inc. | Estate of George Bujtas | 409 N 61st Avenue | 05/31/1996 |
| Gold Medal Homes, Inc. | Bell, Olive | 822 NW 5th Avenue | 09/05/1996 |
| Gold Medal Homes, Inc. | Cordobes, Susanne | 1623 S 24th Terrace | 06/16/1996 |
| Gold Medal Homes, Inc. | Estate of Carl T. Graham | 2426 Thomas Street | 07/19/1996 |
| Gordlen, Marc | HUD | 871 NW 5th Avenue | 07/12/1996 |
| Granite Properties, Inc. | Hall, Paulette | 1045 NW 2th Avenue | 06/22/1995 |
| Granite Properties, Inc. | Coffman, Raymon O. | 424 SW 24th Avenue | 03/31/1995 |
| Granite Properties, Inc. | Hall, Paulette | 1100/1102 NW 3rd Ave | 06/22/1995 |
| Granite Properties, Inc. | Sunbank of South Florida, N.A. | 1401 NW 15th Avenue | 02/07/1995 |
| Granite Properties, Inc. | Kennedy, Dean | 1312 NE 1st Street | 06/28/1994 |
| Kokolis, Toula | HUD | 441 NE 30th Street | 02/17/1995 |
| Kudron, John | HUD | 2628 Fletcher Street | 03/04/1996 |
| Kudron, John | HUD | 1009 NW 4th Avenue | 05/16/1996 |
| Kudron, John | HUD | 1030 NW 4th Avenue | 05/16/1996 |
| Kudron, John | HUD | 4520 NW 32nd Court | 03/18/1996 |
| Kudron, John | HUD | 418 E. Evanston Circle | 09/27/1996 |
| Kudron, John | Dept of VA | 1131 NW 3rd Avenue | 06/21/1996 |
| Lawrence, Hanna | HUD | 2609 NE 9th Terrace | 05/03/1996 |
| Lowe, James | HUD | 1501 NW 8th Avenue | 01/03/1996 |
| Lowe, James | Lena, William/Chong, Wayne | 2129 Madison Street | 03/18/1996 |
| Lowe, James | HUD | 101 SW 22nd Terrace | 02/16/1995 |
| Lowe, James | Dreskin, O. Herman and Betty | 1333 Madison Street | 10/27/1995 |
| Lowe, James | HUD | 1620 NW 5th Avenue | 03/18/1996 |
| Lowe, James A | HUD | 1530 NW 15th Terrace | 08/13/1996 |
| Minority Homes, Inc. | Thomas, David A. | 1217 NW 5th Avenue | 11/27/1995 |
| Minority Homes, Inc. | Estate of Eveleaner Mitchell | 2830 NW 12th Court | 05/28/1996 |



| | | | |
|---|---|---|---|
| Minority Homes, Inc. | Duke, Ann M. | 1342 NE 7th Avenue | 04/29/1996 |
| Minority Homes, Inc. | Worldwide Land Corp. | 1744 NW 18th Street | 05/30/1996 |
| Minority Homes, Inc. | Jones, Mary Jo | 1409 NW 7th Avenue | 05/24/1996 |
| Royaline Realty South, Inc. | Cardena,s, Robert and Alvina | 1525 NW 4th Avenue | 04/06/1995 |
| Secaira, Monica | HUD | 1612 NW 6th Avenue | 07/03/1995 |
| Smith, Jeannette | HUD | 724 NW 17th Street | 08/26/1996 |
| Tamayo, Sharon | HUD | 1120 NW 17th Avenue | 04/04/1996 |
| Valley Properties, Inc. | Estate of Ruth A. Kell | 5627 SW 26th Street | 03/31/1995 |
| Valley Properties, Inc. | Estate of Claudia Nelson | 500 NW 6th Avenue | 04/11/1995 |

**Southeast Title and Escrow**

| | | | |
|---|---|---|---|
| Bennett, Calvin | Crystalyne Investments, Inc. | 1530 NW 15th Terrace | 10/25/1996 |
| Ceballos Gustavo and Leila | A-1 Affordable Homes, Inc. | 25 NE 26th Street | 11/19/1996 |
| Ceballos, Gustavo and Leila | Royal Blue Properties, Inc. | 1624 Jackson Street | 01/31/1997 |
| Ethridge, Vernon and Karen | A-1 Affordable Homes, Inc | 1744 NW 18th Street | 10/28/1996 |
| Guerrero, Martha and Kathy and Pablo | A-1 Affordable Homes, Inc. | 2723 Monroe Street | 02/18/1997 |
| Leneus, Marie | Crystalyne Investments, Inc. | 2120 NW 64th Terrace | 11/14/1996 |
| Lewis, William D. and Edna | Crystalyne Investments, Inc. | 418 E. Evanston Circle | 11/08/1996 |
| Moore, Levianne L. | A-1 Affordable Homes, Inc. | 2321 NW 14th Street | 10/31/1996 |
| Pierre, Lanot Louis | A-1 Affordable Homes, Inc. | 961 E. Dayton Circle | 10/30/1996 |
| Reid, Michelle | A-1 Affordable Homes, Inc. | 3525 SW 12th Place | 01/10/1997 |
| White, Darryl and Mary | A-1 Affordable Homes, Inc. | 3370 NW 6th Street | 12/11/1996 |
| | | | |
| Delmas Investment Services, Inc. | Luticha Perpall | 5655 Fletcher Street | 10/17/1996 |
| Kudron, John | Hew, Wayne R. and Joy P. | 1624 Jackson Street | 10/23/1996 |
| Kudron, John | Dept of VA | 2010 NW 30th Terrace | 12/14/1996 |

(12)

## HUD Files

| Address | Date | Name |
|---|---|---|
| 1217 NW 6th Avenue | 07/13/1995 | Roseman, Mark |
| 1517 NW 19th Avenue | 03/09/1995 | Roseman, Mark |
| 25 NE 26th Street | 08/16/1996 | Roseman, Mark |
| 9601 NW 24 Place | 03/26/1997 | Roseman, Mark |
| 101 SW 22nd Terrace | 02/16/1995 | Lowe, James |
| 1100 NW 19th Street | 11/12/1993 | Brovillette, Joyce |
| 1106 NW 14th Street | 07/31/1996 | Rolston, Paul |
| 1120 NW 17th Avenue | 04/04/1996 | Tamayo, Sharon |
| 1409 NE 3rd Avenue | 01/11/1996 | Dobbs, Billy |
| 1525 NE 5th Avenue | 03/16/1995 | Cooper, Williams |
| 1651 NW 2nd Avenue | 03/03/1995 | Castenada, Rafael |
| 1705 NW 8th Avenue | 03/21/1996 | Delmas, Charitable |
| 1773 NE 50th Street | 11/08/1994 | Brovillette, Leo |
| 2609 NE 9th Terrace | 05/03/1996 | Lawrence, Hanna |
| 2781 NE 2nd Avenue | 10/06/1994 | Velazquez, Elizabeth |
| 3440 Auburn Blvd. | 11/27/1996 | Martinez, Jose |
| 3509 NW 23rd Court | 11/27/1996 | Abraham, Rose |
| 412 SW 24th Avenue | 05/22/1996 | Curry, Christina |
| 441 NE 30th Street | 02/17/1995 | Kokolis, Toula |
| 4530 NE 14th Avenue | 02/29/1996 | Scott, Belinda |
| 531 Alabama Avenue | 03/09/1995 | Balboni, Michael |
| 5901 NE 2nd Avenue | 06/05/1996 | Delmas, Charitable |
| 661 SW 10th Court | 08/25/1994 | Johnson, Vonda |
| 710 Arizona Avenue | 11/18/1996 | Webb, Jack |
| 724 NW 17th Street | 06/28/1995 | Smith, Jeannette |