NON-COMPLIANCE OF S.D. fla. L.R. 5.1(b)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-~~MORENO~~ PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIRIAM LAWRENCE,

    Defendant.
_____/

## MOTION TO MODIFY CONDITION OF BOND TO DELETE DRUG TESTING

COMES NOW, Defendant Miriam Lawrence, by and through undersigned counsel and moves this Court to modify defendant's condition of bond to delete her drug testing requirement and states;

1. Defendant Miriam Lawrence is charged with commission of " white collar crimes" for which no drug allegations exist.

2. Since being released on bond on June 15, 2000 she has consistently tested negative on drug tests. Ms. Lawrence does not take drugs.

3. Undersigned counsel has contacted Assistant United States Attorney Jeffrey Kaplan per Rule 88.9 who has no objection to the drug testing requirement of her bond being deleted.

AUG 1 8 2000

Rec'd in MIA Dkt

4. Ms. Lawrence is about to undergo major foot surgery. The deletion of this requirement will avoid hardship during her recovery.

WHEREFORE, undersigned counsel respectfully requests this Court issue an Order modifying the conditions of bond by deleting the drug-testing requirement.

Respectfully submitted,

JEFFREY E. FEILER

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of August, 2000 to the United States Attorney's Office, Jeffrey N. Kaplan, AUSA, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

FEILER & SHAPIRO
7685 S.W. 104th Street, Ste. 200
Miami, Florida 33156
Tel: (305) 670-7700
Fax: (305) 667-1007
Florida Bar NO. 347604

By: _____
JEFFREY E. FEILER