CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE
PAUL C. HUCK

==================================================================

CASE NO. 00-6117-CR                           DATE 8-23-2000

CLERK   Valerie Thompkins           REPORTER Larry Herr

USPO _____              INTERPRETER _____

    UNITED STATES OF AMERICA  vs.  MIRIAM MIMI LAWRENCE


AUSA  JEFFREY KAPLAN              DEFENSE CSL. JEFFREY FEILER


Defendant(s) Present_____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING COURT SET DEFENDANT FOR A CHANGE OF PLEA FOR

SEPTEMBER 20, 2000 @ 8:30am

==================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____       Trial Date _____

Govt. Resp to P/T/Motions_____   Further S/C _____

