UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6117-CR-HUCK

       Plaintiff,

vs.   NOTICE OF HEARING

MIRIAM MIMI LAWRENCE,

       Defendant.
_____/

FILED by ✓ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Wednesday, September 20, 2000, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: August 25, 2000

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Jeffrey Kaplan, AUSA
    Jeffrey Feiler, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services