

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,  CASE NO. 00-6117-CR-HUCK
                           Magistrate Judge Seltzer
       Plaintiff,

vs.                        **ORDER OF REFERENCE**

MIRIAM LAWRENCE,

       Defendants.
_____/

Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, Defendant Lawrence Motion to Modify Condition of Bond to Delete Drug Testing, in the above-entitled cause, is hereby **REFERRED** to United States Magistrate Judge Barry S. Seltzer to take all necessary and proper action as required by law.

**DONE AND ORDERED**, in Miami, Florida, this 29th day of August, 2000.

PAUL C. HUCK
**UNITED STATES DISTRICT JUDGE**

cc:  Hon. Barry S. Seltzer
     Jeffrey Kaplan, AUSA
     Jeffrey Feiler, Esq.
     Pretrial Services
     US Probation