UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-~~MORENO~~ / PCH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MIRIAM LAWRENCE,**

    Defendant.
_____/

THIS CAUSE having come before the Court on Defendant's Motion to Modify Condition of Bond to Delete Drug Testing and the Court having been fully advised, it is

ORDERED AND ADJUDGED that the motion to modify condition of bond to delete drug testing is GRANTED.

DONE AND ORDERED this 30th day of August, 2000.

BARRY SELTZER
US DISTRICT MAGISTRATE JUDGE