UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6117-CR-MORENO

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

MIRIAM LAWRENCE,

　　　　Defendant.
_____/



## MOTION TO CONTINUE SENTENCING DATE

COMES NOW, undersigned counsel, and moves to reset the Sentencing hearing set for January 16, 2001 at 8:30 a.m. due to undersigned counsel's trial schedule and states;

1.　Undersigned counsel has been in trial (United States of America v. Martha De La Caridad Martin) since November 29, 2000 before Honorable Alan Gold. The trial is a complex multiple co-defendant case involving Tax Fraud and thousands of documents in evidence.

2.　Undersigned counsel will be out of town from December 20, 2000 through January 2, 2001 at 9:00 a.m. Trial will reconvene on January 2, 2000 and end no later than January 14, 2001.

3.　Undersigned counsel would then hope for one week to complete all pre-hearing matters and to get back to the normal business of his practice.

4.　Undersigned counsel contacted Jeffrey Kaplan, Assistant United States Attorney who stated that he had no objection to this Motion.

