UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6117-CR-MORENO

UNITED STATES OF AMERICA,
　　　　　　Plaintiff,

Vs.

MIRIAM LAWRENCE,
　　　　　　　　　Defendant.　　/



FILED by _____ D.C.
JAN - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**ORDER DENYING MOTION TO CONTINUE SENTENCING DATE**

THIS CAUSE comes before the Court on defendant's **Motion to Continue Sentencing filed December 22, 2000**. After careful consideration and the Court being otherwise fully advised it is,

**ORDERED AND ADJUDGED** that the motion is **DENIED**. The sentencing will commence on January 16, 2001 at 8:30 a.m. as previously scheduled.

**DONE AND ORDERED** in chambers at Miami, Florida this _2nd_ day of January, 2001.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FEDERICO A. MORENO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:
AUSA Jeffrey Kaplan
Jeffrey Feiler, Esq.
US Probation Office
Pretrial Services