UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6117-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIRIAM LAWRENCE,

    Defendant(s).

_____/

### ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion to Continue Sentencing Date, filed December 22, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. The **Sentencing is hereby reset to February 14, 2001 at 8:30 a.m. 301 North Miami Ave, Fourth floor, Miami, Florida.**

DONE AND ORDERED at Miami, Florida, this 11 day of January 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Jeffrey Kaplan, AUSA
    Jeffrey Feiler, Esq.
    U. S. Pretrial Services
    U. S. Probation Office