UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6117-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIRIAM "MIMI" LAWRENCE,

    Defendant(s).

_____/

FILED by _____ D.C.
FEB 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS CAUSE has come before the Court upon the Government's Motion to Continue Sentencing Hearing, filed February 12, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED. THE SENTENCING IS HEREBY RESET TO MARCH 13, 2001 AT 5:15 P.M. 301 NORTH MIAMI AVE, FOURTH FLOOR, MIAMI, FLORIDA.**

DONE AND ORDERED at Miami, Florida, this 13rd day of February 2001.

                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE

cc:  Jeffrey Kaplan, AUSA
     Jeffrey Feiler, Esq.
     U. S. Pretrial Services
     U. S. Probation Office
     U. S. Marshal Service