UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6117-CR-HUCK

FLORIDA BAR NO.  347604

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MIRIAM LAWRENCE,

      Defendant.

_____/



## MOTION FOR DOWNWARD DEPARTURE

      COMES NOW, Defendant, Miriam Lawrence, by and through undersigned counsel and moves for a downward departure from the Sentencing Guidelines and states;

      1.      United States Sentencing Guidelines Section 5H1.4 provides for a downward departure when a "Physical Condition" is involved. That section states in pertinent part "An extraordinary physical impairment may be a reason to impose a sentence below the applicable guidelines range; e.g. in the case of a seriously infirm defendant, home detention may be as efficient as, and less costly than imprisonment."

      2.      Defendant suffers from Leprosy (Hansens Disease).  Attached hereto as Exhibit A is an explanation of the disease and at Exhibit B her medical prescription.

      3.      Defendant also suffers from high blood pressure, chronic asthma and a hyatal hernia.  Attached as Exhibit C is a list of her ailments and medications she takes. At Exhibit D is a copy of medial prescriptions.



4.    Upon information and belief, defendant will be subjected to undue hardships if incarcerated.  i.e. Scientists do not know how the disease is spread. It is believed that nasal droplets (sneezing) is the primary method.  She will probably be incarcerated outside of Florida, subjected to isolation and not receive release advantages (i.e. halfway house) as do other similarly situated inmates.

5.    United States Probation Officer Tracey Webb spoke with Ricardo Menendez who is in charge of Infectious Diseases at the Federal Detention Center.  It is unknown as to how the Bureau of Prisons will treat Ms. Lawrence as a prisoner.

WHEREFORE, undersigned counsel respectfully requests this Court consider home detention as an alternative to incarceration.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of March, 2001 to the United States Attorney's Office, Jeffrey N. Kaplan, AUSA, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394 and Tracey L. Webb, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301.

FEILER & SHAPIRO
7685 S.W. 104th Street, Ste. 200
Miami, Florida 33156
Tel: (305) 670-7700
Fax: (305) 667-1007

By:_____
    JEFFREY E. FEILER

Encarta

# Leprosy

## I. INTRODUCTION

Leprosy, chronic infectious disease caused by the bacterium *Mycobacterium leprae*. Leprosy can be treated effectively with several drugs, but if left untreated, the disease can result in severe disfigurement, especially of the feet, hands, and face. It is rarely fatal.

Leprosy has long been one of the most feared diseases worldwide. The stigma attached to leprosy has often caused those who contracted the disease to be shunned by family, friends, and society. For example, in Europe during the Middle Ages (5th century to 15th century), people with leprosy were declared dead and were banished after witnessing their own funeral and symbolic burial. Confined to a leprosarium or forced to wander and beg to survive, these outcasts were required to warn others of their presence with a bell or clapper.

Although leprosy was once widespread throughout the world, today it is primarily a tropical disease. More than 90 percent of leprosy cases occur in just 16 nations, and India and Brazil have the largest numbers of cases. Due to effective treatment and leprosy eradication programs, the prevalence of the disease has declined dramatically in recent years. According to the World Health Organization (WHO), in 1985 there were 5.4 million registered cases of leprosy and an estimated 10 to 12 million total cases worldwide. By 1997, there were only 900,000 registered cases and an estimated 1.2 million total cases of leprosy worldwide. Fewer than 7,000 registered cases of leprosy currently exist in the United States. The vast majority of these patients are immigrants who acquired the disease in their home countries.

## II. CAUSE

Most bacteria that cause disease in humans thrive in the warm environment in the interior of the human body, but the leprosy bacterium prefers to live in cooler surroundings. For this reason, leprosy primarily affects cooler, surface areas of the body, such as the skin, nerves near the skin, and the surface membranes of the nose and mouth. Early in the disease, a principal symptom is skin lesions, light-colored patches of skin that often develop anesthesia, or loss of sensation. Patients may also develop enlarged peripheral nerves, usually near joints such as the wrist, elbow, and knee. These enlarged nerves can sometimes be felt through the skin and may also be tender.

Leprosy has two main forms, known as tuberculoid and lepromatous disease. In tuberculoid leprosy, the skin lesions are few and small, with only a few bacteria present in each. In lepromatous leprosy, the more severe form of the disease, the lesions may be much more widespread and contain many leprosy bacteria. As lepromatous leprosy progresses, hard nodules and folds of skin may form on the face and the nose may collapse, giving a person a characteristic lionlike appearance.

The symptoms of leprosy may be caused by proliferation of the bacteria in lepromatous leprosy or by the body's immune response to the bacteria in tuberculoid leprosy. In both forms of leprosy, there is usually some degree of irreversible nerve damage resulting from either of these two processes. Because of the lack of sensation in affected areas of the skin, people with leprosy often do not notice burns and injuries to their fingers and toes and fail to treat them. These injuries can then become infected with other types of bacteria that cause tissue damage. Gradually, damaged tissue and bone are resorbed by the body, causing the digits to become shorter. However, leprosy does not, as myth would have it, cause parts of the body to fall off. Damage to nerves in the hands and feet may also cause the fingers and toes to become stiff and curl inward, and some patients become unable to walk. Both forms of the disease may also lead to blindness.

Throughout much of history, people believed leprosy to be a highly contagious disease, fearing that merely touching an infected person could spread the disease. Today scientists know that leprosy is not easily transmitted, but they are still not sure how it is spread from person to person. Nasal droplets released when a person with untreated lepromatous disease sneezes may contain large numbers of leprosy bacteria.

EXHIBIT "A"

Conceivably, these released bacteria could infect a new person who inhales the droplets, or the bacteria could invade through a cut or abrasion in the person's skin. Scientists suspect that these processes may be the primary means of spreading the disease, but do not know for certain. In any event, the well-known case of Father Damien, a Belgian missionary who contracted the disease while caring for leprosy patients on the Hawaiian island of Molokai during the late 1800s, appears to be the exception rather than the rule. Only very rarely do health-care workers who care for patients with leprosy develop the disease themselves.

Scientists estimate that less than 5 percent of people who are infected with *Mycobacterium leprae* actually develop leprosy. In most cases, the immune system easily fights off the infection. Scientists do not know why a few individuals develop the disease while most people are naturally immune. Those who develop leprosy do not have weak immune systems in general—for example, they do not have an increased susceptibility to other infections or to cancer.

Even in people who do develop symptoms, the leprosy bacterium appears to be a relatively weak disease-causing agent. Though the complications of leprosy can be devastating, the disease is rarely fatal. In fact, the symptoms are surprisingly mild given the large numbers of bacteria that are often found in the skin lesions. The leprosy bacterium multiplies very slowly—once every 2 weeks, compared with once every 24 hours for the closely related bacterium that causes tuberculosis, and once every 20 minutes for certain other bacteria. This slow rate of reproduction also means that the disease develops very slowly—2 to 10 or more years can go by before an infected person develops symptoms.

## III. TREATMENT AND PREVENTION

The first effective drug for treating leprosy, called promin, was developed in the mid-1940s by scientists at the United States Public Health Service Hospital in Carville, Louisiana. Within several years, painful daily promin injections were replaced with oral doses of a related drug, called dapsone. By the early 1980s, strains of the leprosy bacterium resistant to dapsone had become widespread, and multidrug therapy, a combination of several medications, became necessary to treat the disease. Three antibiotics, dapsone, rifampin, and clofazimine, are currently used to treat leprosy. The drugs must be taken for a long period, typically six months in cases of tuberculoid leprosy and two years for lepromatous leprosy. Treating leprosy using multidrug therapy is much more effective than using any one drug alone, and this treatment helps ensure that a drug-resistant form of the leprosy bacterium will not develop. These drugs cannot reverse the nerve damage and deformities of the hands, feet, and face that are characteristic of the disease. However, they can often halt the progression of the disease and help prevent it from being passed on to anyone else.

Leprosy treatment can cause severe side effects. These side effects are not the result of antileprosy drugs themselves but of inflammation that develops when large numbers of leprosy bacteria are killed and broken down inside the body. The inflammation must be treated with anti-inflammatory drugs, such as corticosteroids, to minimize additional nerve damage. Some patients develop a reaction known as erythema nodosum leprosum (ENL) after they begin antibiotic treatment. The painful skin sores characteristic of ENL are thought to be a result of abnormal immune reactions to the killed bacteria. Since the 1970s studies have shown that ENL can be effectively treated with the notorious drug thalidomide. This drug does not attack the leprosy bacteria directly but helps relieve the inflammation and heal the skin sores in patients with ENL. In July 1998 the Food and Drug Administration (FDA) approved thalidomide for the treatment of ENL. This approval has been controversial because in the early 1960s the drug was found to cause severe birth defects in thousands of babies born in Europe, where thalidomide was often prescribed for pregnant women suffering from morning sickness.

Currently the only strategy for preventing the spread of leprosy is treatment of existing cases. Development of a test to detect infection with the leprosy bacterium before signs and symptoms appear would bolster this strategy. A vaccine developed to fight tuberculosis, which is caused by a bacterium closely related to the leprosy bacterium, appears to offer some protection against leprosy. Although the vaccine is not very effective against tuberculosis itself, scientists hope that improved antituberculosis vaccines currently being developed will also offer protection against leprosy. In addition, they are continuing to search for a vaccine directed specifically against leprosy.

## IV. HISTORY

Leprosy is an ancient disease and is even mentioned in the Old Testament of the Bible. However, these

biblical descriptions do not resemble leprosy as we know it today. It is likely that the term referred to a number of different skin ailments that were considered to be a punishment from God for sin and that marked the sufferer as unclean. Authentic descriptions of leprosy are found in documents from India dating back to 600 BC.

Leprosy probably originated in India and was distributed throughout the world by various travelers, including Roman Legionnaires, Crusaders, Spanish conquistadors, Asian seafarers, and Arab, African, and American slave traders. Some historians believe that Alexander the Great's troops brought leprosy from India to Europe during the 300s BC. In Western Europe, the prevalence of leprosy peaked between AD 1100 and 1300, then began to decline as living conditions improved. As recently as 1900 leprosy could be found in northern Europe. Today the disease is found primarily in tropical areas.

*Mycobacterium leprae* was first identified as the cause of leprosy in 1874 by Gerhard Henrik Armauer Hansen, a Norwegian physician. Hansen was frustrated in his work because he was unable to culture the bacterium in the laboratory—a feat that scientists still have not accomplished today. Although *Mycobacterium leprae* cannot be grown in laboratory culture dishes, scientists have developed ways to obtain populations of the bacteria for use in scientific studies. The bacteria can grow to a limited extent in the relatively cool hind footpad of the mouse, allowing scientists to test new anti-leprosy drugs. It grows in enormous numbers throughout the body of the nine-banded armadillo, an animal that has a body temperature several degrees cooler than that of humans. In fact, recent studies have shown that, in some areas of Louisiana and Texas, one-quarter of the wild population of armadillos is infected with the leprosy bacterium. Growth of the bacteria in the spleen, liver, and other internal organs can eventually prove fatal for these animals. Scientists do not know whether armadillos can transmit the disease to humans. But even if they can do so, they are not essential in spreading the disease because they do not live in Africa, Asia, or India, where the disease is most prevalent. Although the bacteria will grow in mice and armadillos, neither of these animals develops nerve damage and other symptoms typical of human leprosy. This means that although the animals can help test new drugs or serve as bacteria "factories," they are poor models to help scientists understand how the disease develops in humans.

In 1991 WHO launched a leprosy elimination program to provide multidrug therapy to leprosy patients all over the world. The goal of the program was to reduce the prevalence of leprosy to 1 in 10,000 people in 122 countries by the year 2000. By 1998 the goal had been met in 90 of those countries. However, new leprosy cases have continued to emerge at a rate of 500,000 to 600,000 per year. The disease has proven difficult to eliminate for several reasons. One reason is that scientists do not understand how the bacterium is transmitted from person to person. Also, scientists do not know how to identify people who are infected but have not yet developed the disease. Efforts to eliminate leprosy are also hampered by the stigma still attached to the disease: Many patients are reluctant to seek treatment for fear of being abandoned by their family and ostracized by society in general.

Scientists have made enormous strides in understanding how the leprosy bacterium causes disease, developing an effective treatment that will not lead to drug-resistant bacteria, and preventing or even surgically correcting deformities caused by the disease. Scientific understanding and effective drug therapy have debunked many of the myths surrounding leprosy, and life for most patients today is quite different than it was in Medieval Europe. However, the stigma long associated with the disease does still exist. In some countries, people who develop leprosy are often forced to leave home, and many end up in the slums of large cities, where they must beg to survive. In the United States, some elderly patients continue to live at two leprosaria—at the Gillis W. Long Hansen's Disease Research Center in Louisiana, where antibiotic treatment was begun, and on Molokai island in Hawaii where Father Damien worked—because they fear that the stigma of leprosy may prevent them from being accepted on the outside. Only a better-informed public can eliminate the stigma of the disease.

------------------------------------------------------------------------------------------------

Contributed By: James L. Krahenbuhl, B.S., M.S., Ph.D.
Chief, Laboratory Research Branch, Gillis W. Long Hansen's Disease Center.

Microsoft VBScript runtime error '800a01f4'

Variable is undefined: 'T_COPY_RIGHT_FOOTER'

# AN OVERVIEW OF REACTIONAL STATES IN HANSEN'S DISEASE (HD)

*Thomas H Rea, MD, Professor and Chairman*
*University of Southern California*
*School of Medicine, Section of Dermatology*
*1200 North State Street, Room 8440, Los Angeles, CA 90033*

## INTRODUCTION

Reactional states are a central problem in Hansen's disease. To patients, they are a major source of morbidity. To clinicians, they are a therapeutic challenge justifying leprology as a clinical subspecialty. To investigators, they are windows of opportunity for the study of immunoregulation and perhaps, the mechanisms leading to "silent" nerve destruction (1).

Conceptually, reactional states are easier described than defined. They represent several types of host responses which are superimposed, as it were, on the underlying granulomas. An analogy to photobiology may be helpful. When a *pi* electron captures a photon, the entire molecule goes from a ground state into a more energetic, excited state. With the extra energy of the excited state, the molecule is able to injure tissues in ways that it cannot in the ground state, for example, peroxide formation or punching holes in cell membranes. Similarly in a reactional state, the excited, energized granuloma can injure tissues in ways it might not when not in reaction; for example, producing nerve trunk palsies or iritis.

Worldwide, two kinds of reactions are common, erythema nodosum leprosum and reversal reactions. A third kind of reaction, Lucio's reaction, is usually restricted to Mexico and the neighboring geographical areas of Central America and the Caribbean Sea.

## CLINICAL AND HISTOLOGICAL FEATURES

### Reversal Reactions

There is no satisfactory, universally employed terminology for what are herein referred to as reversal reactions. Other terms used include lepra reaction, upgrading reaction, Type I reaction, and delayed-type hypersensitivity reaction. Lepra reaction is an old, generic expression referring to erythema nodosum leprosum as well as to reversal reactions and hence is too broad to be useful. Upgrading reaction, by implying an accompanying shift to a granulomatous posture of higher resistance, has the same literal meaning as reversal reaction, but changes in granulomatous posture do not always occur (but perhaps the potential for change is present). Type I reaction has the virtue of precision but is devoid of intrinsic meaning. Delayed-type hypersensitivity reaction has the advantage of



naming the response after its putative mechanism, but does not distinguish reversal reactions in borderline tuberculoid (BT) patients from the delayed-type hypersensitivity activity in ground state BT granulomas. Reversal reaction has been selected because of the several choices it appears to have the widest usage (2–5).

Clinically, reversal reactions are characterized by: 1) previously torpid lesions abruptly becoming tumid; 2) new tumid lesions appearing abruptly; and, 3) nerve trunk palsies appearing suddenly. These three events may occur singularly or in any combination. In addition to the swelling, there is usually increasing erythema often with dark red or purple hues. The tumidity is the apparent consequence of cellular infiltration and/or edema, either ironing out the normal skin markings or accentuating the follicular orifices, as in urticaria. If an extremity is heavily involved, there may be an associated lymphedema (elephantiasis graecorum). The skin lesions of reversal reactions are usually nontender. Nerve involvement is associated with both pain and tenderness. Rarely, skin lesions will ulcerate spontaneously. Iritis may be part of a reversal reaction. Fever and constitutional symptoms may occur but are not prominent and no characteristic, associated changes are present in the peripheral blood.

Reversal reactions may occur in a wide variety of patients, ranging from borderline tuberculoid to subpolar lepromatous. In our experience, most patients with reversal reactions were classified as borderline lepromatous when the diagnosis of Hansen's disease was first established; a minority were borderline tuberculoid and even fewer subpolar lepromatous.

As proposed by Barnetson (5), when a reversal reaction is diagnosed early in the course of antibacillary chemotherapy, it is likely that the reversal reaction has been present for some time, bringing subclinical or subtile disease to the clinical horizon and causing the patient to seek care, but not being perceived as a reversal reaction until the clinician has had an opportunity ♦

to observe progression. Thus, reversal reactions occurring prior to antibacillary therapy are not unusual. In patients who clearly are not in reaction when first diagnosed, reversal reaction may occur as early as three months (or perhaps sooner) or as long as 18 months after the initiation of antibacterial treatment.

Histopathologically, several kinds of changes may be observed in the skin lesions of reversal reactions (3,6). These include increased numbers of lymphocytes, edema in and about the granuloma, foreign body giant cells, dermal desmoplasia, and marked beading of bacilli or bacteriolysis in the absence of treatment.

The diagnosis of a reversal reaction is primarily clinical. Clearly, any of the histopathological changes listed above, if present, are confirmatory of the clinical impression or suggest the possibility in a newly diagnosed patient.

### Erythema Nodosum Leprosum

The widely used term erythema nodosum leprosum (ENL), was coined by Murata (7) because of some similarities of ENL with ordinary erythema nodosum, specifically painful and tender lesions in association with fever that occur in crops. Other terms used to designate this reactional state are lepra reaction, which once again is too broad to be satisfactory and Type II reaction (2), which is precise but without descriptive value.

ENL occurs chiefly among lepromatous patients but is not rare in borderline lepromatous subjects (8). With the exception of pregnancy and pyogenic infections, discernible precipitating factors are difficult to identify with certainty. ENL most often has its onset during the first two years of antibacterial treatment. However, in some groups of patients, it is not unusual for ENL to occur spontaneously, i.e., prior to the start of drug therapy (8–10). Taken as a group, patients who present with ENL in the absence of chemotherapy appear to be earlier in the course of the natural history of lepromatous HD than do those who present because of other aspects of lepromatous disease, i.e., they have few or no nodules, little or no eyebrow alopecia, fewer neurologic deficits, and less trophic changes. Conversely, it could be argued that patients with diffuse, non-nodular lepromatous HD are particularly apt to present with spontaneous ENL. Also, as a group, our patients presenting with ENL in the absence of therapy, have a comparatively low prevalence of hand and foot problems after 10 to 15 years of therapy (unpublished observations), indicating that because of spontaneous ENL, chemotherapy was begun comparatively early.

Clinically, ENL is characterized by painful and tender, erythematous dermal and subcutaneous nodules, arising in crops upon clinically normal skin, in association with fever, anorexia, and malaise. Involvement of both arms and legs with ENL lesions is the rule. Facial involvement occurs in about half of the patients.

In the common form of ENL, the dermal and subcutaneous lesions are bright pink in color, evolving into a dusky red with or without post-inflammatory hyperpigmentation as they regress. At their most innocent, dermal ENL lesions could be confused with banal insect bites. Lesions with annular or concentric configurations suggest erythema multiforme. If lesions are extensive, confluence is the rule. The primarily subcutaneous lesions are also erythematous and usually larger than the dermal lesions, but are smaller than the classic subcutaneous nodules of erythema nodosum. Overtly pustular lesions are unusual as are frank subcutaneous abscesses.

Other tissues may be involved. ENL also producing iritis, neuritis, orchitis, lymphadenitis, and arthritis. The latter is usually a monoarticular arthritis in the setting of polyarthralgia.

In an episode of recent onset, the degree of pain and tenderness, as well as the amount of fever and malaise, usually appear directly proportional to the extent and severity of the dermal and subcutaneous lesions. A notable exception to this rule is in patients, often men, who have ENL of long standing. In addition to the dermal and subcutaneous nodules described above, is a brawny induration of the subcutaneous tissues, particularly involving the posterolateral aspects of the arms and the anterior thighs. This heavily indurated tissue is usually not tender and the patients are not as toxic as individuals with ENL of recent onset.

In ENL, fever may be as high as 41°C and have a hectic course. Associated chills are the rule. Malaise is often profound and preemptive of normal activities. Anorexia is common.

Leukocytosis and neutrophilia are the usual laboratory abnormalities associated with ENL. The leukocytosis is frequently around 15,000/mm$^3$ but leukemoid reactions of 25–30,000/mm$^3$ are not rare. Neutrophilia is a nearly invariable accompaniment of the leukocytosis and may be present even if the white count is normal. At any given time, a minority of patients, approximately 20%, has neither leukocytosis nor neutrophilia (8).

A normochromic normocytic anemia (anemia of chronic disease) is common in lepromatous HD and also in ENL patients. In addition, some of our patients in the course of a severe episode of ENL have an abrupt fall in hematocrit, which, because of the associated dapsone, may be misdiagnosed as an erythrocyte glucose-6-phosphate dehydrogenase deficiency hemolysis (unpublished observations). The mechanism responsible for this fall in the hematocrit in ENL is not known.

The histopathology of ENL is distinctive and confirmatory of the clinical impression. Superimposed upon the lepromatous infiltrate are increased numbers of lymphocytes and variable numbers of neutrophils. Because it is common in old lesions but unusual in new lesions, the vasculitis in ENL lesions (a panarteritis)

is probably secondary. A gradient in the density of the inflammatory infiltrate is characteristic, the superficial dermis showing little lymphocytic or neutrophilic infiltration but the deeper dermis or subcutis having a heavier infiltrate. Subcutaneous changes are a lobular panniculitis and fibrosis.

Clinical variants of classical ENL have been recognized. In the Bantu (12) subcutaneous lesions predominated. In Vietnamese and Malaysian patients, a necrotizing or escharotic form of ENL has been characterized histopathologically by a dense upper dermal infiltrate and edema of the papillary dermis (13,14). In highland New Guineans, extensive and severe induration of the arms and legs was associated with heavy fibrosis (14).

If considered, the diagnosis of ENL is usually easy, the clinically characteristic constellation being corroborated by equally distinctive histological changes. From time to time, and usually in BL patients, the differentiation of a reversal reaction from ENL may be difficult on clinical grounds alone. In these instances, a neutrophilic leukocytosis would be evidence of ENL. The histological changes or the response to thalidomide are usually decisive.

### The Lucio Reaction

The Lucio reaction, virtually restricted to patients from Mexico, Central America, and Cuba, is characterized clinically by stellate hemorrhagic infarcts which heal with crusting or ulceration and scar formation (15,16). The Lucio reaction is further restricted by occurring only in patients with diffuse non-nodular lepromatous leprosy, the pure and primitive diffuse lepromatosis of Latapi (15). The Lucio reaction is the flower which grows in the soil of Latapi's lepromatosis. To date, our patients have been untreated or relapsing after a prolonged time off chemotherapy.

The definitional characteristic of Latapi's lepromatosis is the absence of nodular or papular lesions. However, perceptible skin changes do occur. Diffuse infiltration is accompanied by thickening of the dermis which may be perceived clinically as a widening of the nasal root or fusiform enlargement of the digits which may suggest rheumatoid arthritis or lupus erythematosus. With progression, the hands and feet also become moderately swollen and a purplish suffusion mimicking cyanosis may develop. Alopecia of the eyebrows and eyelashes is common and commonly complete. A frontal alopecia or alopecia of the extremities may also be seen. Nasal mucosa involvement is the rule and perforation of the septum has occurred in half of the patients by the time a diagnosis of leprosy is established. Curiously, ocular involvement is uncommon. Acral distal symmetrical anesthesia is usually well developed but motor deficits secondary to nerve trunk involvement are unusual. Firm subcutaneous plaques, neither painful nor tender, may be found on the extremities. Telangiectasias may be common and can be eruptive, involving the face, upper trunk and upper extremities.

The prototypic lesions of the Lucio reaction range in size from a few millimeters to several centimeters in diameter. Their sharply marginated borders are scalloped in such a way that an observer viewing the lesion from normal skin sees a concave edge. Compared to the adjacent skin, the lesions are only slightly indurated. Their color is dark red to black (hemorrhagic infarct). Although, often painful (ischemic necrosis), they are not tender (few inflammatory cells). Preprototypic lesions, seen only rarely, are blue with the suggestion of a pink halo and slightly indurated; presumably, they rapidly evolve to prototypic lesions.

Lucio lesions may be found in any location but are most common on the extremities. Unless very few in number, they are roughly symmetrical. The number found at any given time range from one to many. Large lesions may become bullous. Evolution is by crusting and healing with scar formation or by crusting, ulceration and then scar formation. Lesions below the knee are particularly apt to ulcerate. The scars may reflect the stellate shape of the prototypic lesions. Rarely, ulcerations are extensive, involving the trunk, upper extremities, and thighs as well as the legs. The epidermal and dermal denudation may be so extensive as to be life threatening.

Histologically, the lesions are an ischemic infarct secondary to profound endothelial proliferation and/or thrombosis in the deep dermal vessels (16). Inflammatory cells are sparse, thus the term vasculosis is preferable to vasculitis. Both the normal and proliferating endothelial cells are parasitized by large numbers of bacilli, as compared to ordinary lepromatous tissues. Epidermal changes vary considerably with the age of the lesions, for example, the epidermis (and to a variable degree its appendages) is without staining nuclei in association with early reparative changes at the periphery, if the lesions are preprototypic; or a completely regenerated epidermis is present beneath a crust composed of infarcted epidermis, if the lesion is several days old. Intense passive congestion of the superficial vessels with or without extravasated erythrocytes account for the hemorrhagic appearance.

## TREATMENT

### Reversal Reactions

Glucocorticoids, usually prednisone, are the mainstay in the management of reversal reaction. Depending upon the patient's weight, age, and other medical conditions, 30 to 60 mg of prednisone daily in a single morning dose is usually advised. If a favorable response is not obtained in two weeks, the dose is increased. When a good response has been maintained for several weeks tapering is initiated in 5 mg increments at two-week intervals until the 20 to 30 mg range is reached. If neuritis is not present, then alternate-day prednisone is begun, doubling the daily dose. If neuritis is present, alternate-day prednisone therapy is usually disappointing. If the patient is elderly or otherwise particularly prone to osteoporosis, alternate- ♦

day prednisone therapy may be useful as the initial approach. Clofazimine, as an anti-inflammatory agent, is usually slow to act and hence is unsuited as the sole drug to be used in the management of a reversal reaction but is useful as a steroid-sparing agent. In reversal reactions 200 mg daily is recommended, with slow tapering of the prednisone after a satisfactory remission has been produced. If a nerve is involved in a fibrous canal and response to medical management is not prompt, then neurolysis should be considered.

### Erythema Nodosum Leprosum

If available and not contraindicated thalidomide is excellent therapy for over 90% of patients with ENL (17). Its teratogenicity drastically restricts the use of thalidomide which otherwise has few and infrequent side effects such as sleepiness, visual disturbances, and malaise. Peripheral neuropathy, conspicuous in a general population, is enigmatically rare in patients with ENL (18). (A puzzle of larger proportions is its mechanism of action.) A majority of patients respond well to 100 mg at bedtime but some require more. Patients not responding well to 200 mg daily often need prednisone and/or clofazimine as well. If thalidomide is contraindicated or not tolerated, then glucocorticoids are the mainstay of treatment in symptomatic episodes and clofazimine of definite but inconsistent value for long-term control or for steroid sparing. The dose of prednisone and clofazimine employed in ENL are similar to those used in reversal reactions. Although discrete nerve lesions are not as common in ENL as compared with reversal reactions, from time to time, they do occur, and, as in the case of reversal reactions, neurolysis should be considered if the response to medical management is not prompt.

### The Lucio Reaction

To date, we have not seen new Lucio lesions occurring after one week of rifampin therapy, but progression or worsening may be associated with dapsone use (15,16). The ulcers are usually healed after 3 to 6 months of chemotherapy. In contrast, the patient with extensive denudation of the skin surface requires intensive supportive care as well as vigorous antibacterial and anti-inflammatory therapy; heroic measures, such as plasmapheresis, may be needed when other measures are not effective. Patients with mild Lucio lesions have also ceased to develop new lesions in response to prednisone, but in the mild cases, prednisone offers little or no advantage compared with rifampin. In our hands, thalidomide has not been associated with remissions.

### PATHOGENESIS

#### Reversal reactions

Of these three reactional states, the pathogenesis of reversal reactions is the best understood, the available evidence all being consistent with an hypothesis of a delayed-type hypersensitivity (DTH) response: 1) The tendency of such patients to upgrade to a histological picture of greater resistance, for example, from BL to BT, is consistent with the DTH hypothesis (2), 2) In patients followed prospectively, Barnetson and Colleagues observed increased peripheral blood lymphoblast transformation in response to *M. leprae* challenge *in vitro* in patients undergoing reversal reaction. A favorable response to prednisone was associated with decreased lymphoblastic activity (5), 3) In contrast to BL patients who collectively have a suppressor T cell (CD8$^+$) excess, BL patients undergoing reversal reactions have a helper cell excess (19,20), 4) Among BL patients in reversal reaction, putative T memory cells (Ta1 bearing lymphocytes (21) and T cells double staining for CD4 and CD29) (22) are increased 5), Keratinocyte expression of HLA-DR framework antigen is strong in cutaneous lesions of reversal reaction (23), consistent with the presence of an interferon-gamma producing DTH reaction, 6) Intense T cell activity is suggested by the high serum levels of interleukin-2 receptors (24) and a reciprocally vigorous macrophage response by high serum levels of angiotensin converting enzyme(25) and lysozyme(26), and 7) *In situ* hybridization with mRNA probes demonstrates that cells bearing the mRNA coding for interferon-gamma are present in a fivefold larger number than found in BT lesions or in positive lepromin tests from BT patients (22). This latter line of evidence suggest that reversal reactions are literally hypersensitivity reactions. Cytotoxic cells may also be important in mediating reversal reaction as judged by increased numbers of T cells double staining for CD8 and CD28 and T cells expressing mRNA for human serine esterase (22).

#### Erythema nodosum leprosum

The pathogenesis of ENL is uncertain, both immune complex and cellular immune mechanisms having been implicated, but the evidence for either is at present unconvincing and incomplete.

Several lines of evidence support an immune complex hypothesis. Immunoglobulin and complement components have been found in vessel walls or extracellularly in severe ENL lesions (27,28), consistent with tissue injury initiated by immune complexes. Also, split complement components have been identified in serum consistent with interstitial injury from antigen antibody complexes formed *in situ* (29). Furthermore, leprosy-associated nephritis has an evident proclivity for patients with ENL (30). Finally, there are associated changes in anti-phenolic glycolipid-I antibodies (31). However, the presence of immunoglobulin or complement components in ENL lesions has been difficult to reproduce, the original observations being made in severe lesions, allowing for the possibility of nonspecific IgG fixation in dying tissue. Split complement products in serum were also found in lepromatous patients without ENL making a casual relationship uncertain (29).

We and others have found indirect evidence favoring a cell-mediated immune mechanism in ENL. Le-

promatous patients without ENL showed an excess of suppressor/cytotoxic T lymphocytes (CD8$^+$), whereas ENL lesions showed a predominance of helper/inducer T cells (CD4$^+$) similar to those seen in BT and reversal reaction patients (19,20). Furthermore, the shift from CD8$^+$ to CD4$^+$ predominance could be observed in patients followed serially from nonreactional LL to active ENL (32). Also, keratinocyte Ia expression, a sign of interferon-gamma production, was nearly as well developed in ENL as in BT, reversal reaction or positive lepromin skin tests (26,33). Interleukin-2 positive lymphocytes were as prevalent in ENL as in BT lesions (34). *M. leprae* transformable lymphocytes in the peripheral blood of patients with active ENL have been reported (35).

Our more recent studies suggest that ENL is not a cell mediated immune response, as judged by comparisons with BT and reversal reactions. Long-lived memory T lymphocytes (as judged by Ta1$^+$ cells) were equally infrequent in LL and ENL, but much more common in BT and reversal reactions (21). Cells expressing cytotoxic phenotypes, specifically *a)* T cells double staining for CD8 and CD28 and *b)* T cells expressing mRNA coding for human serine esterase, are greatly increased in reversal reactions, BT lesions, and lepromin skin tests but are similarly low in nonreactional lepromatous and ENL tissues (22).

Another idea concerning the pathogenesis of ENL is the hypothesis of desuppression. In our hands, untreated lepromatous patients were difficult to sensitize to dinitrochlorobenzene (DNCB), but untreated ENL patients sensitized readily, suggesting the absence of an inhibitor (36). Subsequently, *M. leprae* inducible suppressor cells (CD8$^+$ were demonstrated in the peripheral blood and lesions of lepromatous patients (37,38). These suppressor cells disappeared with ENL and reappeared with remission of ENL (39). *In vitro*, suppressor activity in peripheral blood leukocytes of ENL patients could be restored by incubating macrophages with cyclosporin A (40). Thus, a transient loss of suppressor cell activity might permit a mild expression of cell-mediated immunity, enough to permit new antibody formation with resulting immune complexes or to permit limited production of interferon-gamma and HLA-DR expression in keratinocytes, but not sufficient to eliminate bacilli.

The uncertainties concerning the pathogenesis of ENL are underscored by the dramatic, but poorly understood, therapeutic response to thalidomide (17). At least two highly speculative considerations can be invoked. Thalidomide, by virtue of its structure, conceals or blocks an antigen of *M. leprae*, thus "turning off" whatever immune response was "turned on." Alternatively, there exists an undescribed phlogistic system presently perceptible only as an anti-inflammatory effect of thalidomide.

*Lucio reaction*

The pathogenesis of the Lucio reaction is not understood. From our own studies two broad but not mutually exclusive considerations are plausible. One is im-

mune complexes and the other is a unique relationship between endothelial cells and *M. leprae*. Immunoglobulin and complement components were present in vessel walls of the dermis and perivascularly as well. Also, as compared with ENL patients, Lucio patients had higher levels of "mixed type" serum cryoglobulins and these cryoglobulins appeared to be much busier, that is binding more complement components and containing measurable amounts of rheumatoid factor (41).

Histologically, the Lucio reaction is characterized by large numbers of bacilli in both proliferating and nonproliferating endothelial cells. In skin remote from any Lucio lesion, Latapi's lepromatosis is also characterized by heavy bacillary parasitization of endothelial cells by conventional light microscopy (16,42). By electron microscopy, it is evident that small vessels are much more numerous than suspected by light microscopy alone, endothelial cell swelling obliterating the lumen and making conventional identification difficult (43). Similarly, staining frozen sections from Latapi's lepromatosis with Factor VIII associated antigen shows that many of the apparent macrophages comprising the miliary granulomas are probably endothelial cells (unpublished observations). Thus, bacilli in endothelial cells are perhaps optimally situated for the presentation of antigen for antibody (42).

## REFERENCES

1. Job CK. Nerve damage in leprosy. *Int J Lepr* 57:532–539, 1989 (editorial).
2. Jopling WH. Reactional leprosy or leprosy in reaction. *Lepr Rev* 30:194–196, 1959 (correspondence).
3. Ridley DS. Reactions in leprosy. *Lepr Rev* 40:77–81, 1969.
4. Rea TH, Levan NE. Current concepts in the immunology of leprosy. *Arch Dermatol* 113:345–352, 1977.
5. Barnetson R STC, Pearson JMH, Rees RJW. Evidence for prevention of borderline leprosy reactions by dapsone. *Lancet* 2:1171–1172, 1976.
6. Ridley DS, Radia KB. The histological course of reactions in borderline leprosy and their outcome. *Int J Lepr* 49:383–392, 1981.
7. Jopling WH. Erythema nodosum leprosum. *Lepr Rev* 29:116–118, 1958.
8. Rea TH, Levan NE. Erythema nodosum leprosum in a general hospital. *Arch Dermatol* 111: 1575–1580, 1975.
9. Guinto RS, Tolentino JG, Mabalay MC. Observations on erythema nodosum leprosum. *Int J Lepr* 31:81–94, 1963.
10. Vargas S. Tratamiento actual de la reaccion leprosa por talidomida. *Rev Mex Dermatol* 15:142–154, 1971.
11. Mabalay MC, Helwig EB, Tolentino JG, Binford CH. The histopathology and histochemistry of erythema nodosum leprosum. *Int J Lepr* 33:28–49, 1965.
12. Pepler WJ, Kooji R, Marshall J. The histopathology of acute panniculitis nodosa leprosa (erythema nodosum leprosum). *Int J Lepr* 23:53–60, 1955.
13. Waters MFR and Ridley DS. Necrotizing reactions in lepromatous leprosy: a clinical and histological study. *Int J Lepr* 31:418–436, 1963.
14. Ridley DS, Rea TH, McAdam KPWJ. The histology of erythema nodosum leprosum. Variant forms in New Guineans and other ethnic groups. *Lepr Rev* 52:65–78, 1981.
15. Latapi F, Zamora AC. The "spotted" leprosy of Lucio (la lepra "manchada" de Lucio). *Int J Lepr* 16:421–437, 1948
16. Rea TH, Levan NE. Lucio's phenomenon and diffuse nonnodular lepromatous leprosy. *Arch Dermatol* 114 :1023–

(Contd on page 16)

**JACKSON MEMORIAL HOSPITAL**
1611 N.W. 12th AVE.
MIAMI, FLA. 33136

Rx #                                    349131

Dapsone 100mg (give full
    T po    Qod    amount)
    # 45

ONLY WRITE ONE MEDICATION ORDER

REFILL _____ UNTIL _____ ☒ NONE

☐ Clinic    ☐ E.R.    ☐ DISCHARGE RX
☐ GOING TO NURSING HOME
☐ NO SAFETY CLOSURE

_____ M.D.

Print Last Name

DEA # _____ Dr. # 108

01-0051-7  11/84

Imprint I.D. Card or Write Patient's Name and Address

Del Valle, Nursa

PT NAME
HANSENS DISEASE DERM

M/R #    PPL 202   123:92
ADDRESS

_____
DATE _____

February 13, 2001

Mr. Jeffrey E. Feiler, Esq.
# 7685 SW 104 St.
Suite 200
Miami, Florida 33156

Re: Case No. 00-6117-Cr-Huck

Dear Mr. Feiler:

This is to inform you of several conditions that could be in detriment if I were to be sentenced to a jail term.

1) I have high blood pressure and at this time I am taking the following medications for it:
      a) clonidine .1 mg tablets (twice a day)
      b) Adalat 30 mg. tablets (once a day)
      c) Triamterene 37.5 MG/Hctz 25 MG caps (once a day)
      d) K-dur 20 MEQ SA Tablets (once a day)
2) Chronic Asthma
      a) Singulair 10 mg. Tablets (once a day)
      b) Allegra 60 MG Capsules (twice a day)
      c) Serevent inhaler twice a day
      d) Flovent Inhaler twice a day
      e) Breathing Machine with Albuterol Treatment .83MG/ML 3ML (as needed)
3) Hyatal Hernia
      a) Special Diet
      b) Prevacid (ranitidine) (twice a day)
      c) elevation of bed at the head of it 5" from the floor
4) Hansens Disease (Leprosy)
      a) DDS daily or dapsone
      Due to the damage done by the Hansen's disease to my nerves, while the disease was active, specially to my extremities ,(they are devoid of feeling and the nerves have deadened) causing a condition something similar to that of the patients of diabetes. Any lesion can cause an ulcer and gangrene can set in if not attended promptly and properly. I do not want to go thru the agony that I went through, while I was incarcerated for 35 days. I almost lost my foot, but I was afraid to say what I had because they would have probably isolated me and no medication given. As the result of the trauma suffered while I was at the Miami Detention Center I had to have my foot operated, my toe fused and the bone shaved because of chronic osteomyelitis without the benefit of antibiotics while there.
      I called to your mercy, because it is a very difficult situation, not only for me, but also for the Doctors in that facility that are not prepared to deal with such a clinical case.

EXHIBIT "C"

I already served 35 days at the Miami Detention Center, and they changed all my medications and in one instance my blood pressure was 160/114, and they did not give me my medications for 4 days. In my record you will see all the letters that my husband wrote to the judge, the facility, the attorneys and Mr. Kaplan. I am very sorry for what my actions had caused others, I know I deserved some punishment, but I think is not of such degree that a life will be spared for it.

Sincerely,

Miriam Lawrence

**Walgreens** The Pharmacy America Trusts | Your Personal Prescription Information

PATIENT       MIRIAM LAWRENCE
MEDICATION   ADALAT CC 30MG TABLETS
DIRECTIONS   TAKE 1 TABLET BY MOUTH EVERY DAY

NDC 00026-8841-51

PEACH

Side 1: ADALAT CC
Side 2: 30

PHARMACY PH (954)bbb-__
DR L. KATZELL  DOB 09/16/39
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

### GENERIC NAME:
NIFEDIPINE (nye-FED-i-peen)

### COMMON USES:
This medicine is a calcium channel blocker used to treat high blood pressure. Some brands are also used to control angina (chest pain). It may also be used to treat other conditions as determined by your doctor.

### HOW TO USE THIS MEDICINE:
Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. Check with your pharmacist to see if your brand may be taken with food. AVOID DRINKING GRAPEFRUIT JUICE while taking this medicine. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

### CAUTIONS:
DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. THIS MEDICINE MAY CAUSE dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. WHILE YOU ARE USING THIS MEDICINE, carefully brush and floss your teeth to reduce swelling and tenderness of your gums. WITH SOME BRANDS, you may notice a tablet in your stool. There is no need for concern because the medicine has already been used by your body. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

### POSSIBLE SIDE EFFECTS:
SIDE EFFECTS, that may go away during treatment, include dizziness, lightheadedness, headache, weakness, constipation, flushing, nausea, or heartburn. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience tender, bleeding, or swollen gums; irregular pulse; shortness of breath; or swelling of the feet or hands. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

## ASK US ABOUT A GENERIC ALTERNATIVE FOR THIS PRESCRIPTION

## KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA

EXHIBIT "D"

**Walgreens** The Pharmacy America Trusts   Your Personal Prescription Information

PHARMACY PH (954)563-3009
DOB 09/16/39
DR L. KATZELL
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

PATIENT   MIRIAM LAWRENCE
MEDICATION   K-DUR 20MEQ SA TABLETS
DIRECTIONS   TAKE 1 TABLET EVERY DAY

NDC 00085-0787-01

WHITE

Side 1: K-DUR 20

**GENERIC NAME:**
POTASSIUM (poe-TASS-ee-um)

**COMMON USES:**
This medicine is a potassium supplement used to treat or prevent low potassium levels in the blood.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. SOME BRANDS OF POTASSIUM must be swallowed whole. OTHER BRANDS may be broken, crushed, or dissolved in water. IF YOU HAVE DIFFICULTY SWALLOWING THE TABLET WHOLE, ask your pharmacist to suggest other ways to take your brand of potassium. TAKE THIS MEDICINE WITH A FULL GLASS OF water. TAKE THIS MEDICINE with food or right after a meal. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it if you remember within 2 hours. If it is more than 2 hours since your missed dose, skip it and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT USE A SALT SUBSTITUTE without checking with your doctor. For some products, you may notice tablets in your stool. This is the empty shell that is left after your body has absorbed the medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, stomach discomfort, or diarrhea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience black, tarry stools; vomit that looks like coffee grounds; stomach pain; irregular heartbeat; weak or heavy legs; or numbness or tingling in your hands or feet. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA

**Walgreens** The Pharmacy America Trusts | Your Personal Prescription Information

PHARMACY PH (954)563-3009
DOB 09/16/39

DR L. KATZELL
Our records show that you have reported no allergies.

PATIENT    MIRIAM LAWRENCE
MEDICATION  CLONIDINE 0.1MG TABLETS
DIRECTIONS  TAKE 1 TABLET BY MOUTH TWICE
            DAILY

NDC 00378-0152-10

WHITE

Side 1: MYLAN 152

Our records show that you have reported health conditions.

**GENERIC NAME:**
CLONIDINE (KLOE-ni-deen)

**COMMON USES:**
This medicine is an alpha agonist used to treat high blood pressure. It may also be used to treat other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN on an empty stomach or with food. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once. IF YOU MISS 2 or more doses in a row, contact your doctor.

**CAUTIONS:**
DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. Check with your doctor before drinking alcohol. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE either prescription or over-the-counter, check with your doctor or pharmacist. IF YOU EXPERIENCE DRY MOUTH, use sugarless candy or gum, or melt bits of ice in your mouth. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include dry mouth, drowsiness, dizziness, tiredness, headache, or constipation. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA

**Walgreens** The Pharmacy America Trusts | **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

PATIENT    MIRIAM LAWRENCE
MEDICATION    PREMPRO 0.625MG/2.5MG TAB28 (PEACH)
DIRECTIONS    TAKE ONE TABLET DAILY

NDC 00046-0875-06

PEACH

Side 1: prempro

DR L. KATZELL
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

**GENERIC NAME:**
CONJUGATED ESTROGENS (ESS-troe-jenz) and MEDROXYPROGESTERONE (me-DROX-ee-proe-JESS-te-rone)

**COMMON USES:**
This medicine is an estrogen and progesterone combination used to treat the symptoms of menopause. It may also be used to treat certain menstrual disorders, osteoporosis, or other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. This medicine may come with a patient information leaflet. Ask your doctor, nurse or pharmacist any questions you may have about this medicine. This medicine may be taken on an empty stomach or with food. TAKE THIS MEDICINE at the same time every day with no more than 24 hours between doses. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

**CAUTIONS:**
YOU MAY EXPERIENCE absence of menstrual periods while using this medicine. If you experience irregular menstrual periods, contact your doctor. YOU SHOULD PERFORM regular self-examinations of your breasts. If you have questions about how to do this, ask your doctor, nurse, or pharmacist. IF YOU WEAR CONTACT LENSES and you develop problems with them, contact your doctor. THIS MEDICINE MAY CAUSE dark skin patches on your face. Exposure to the sun, sunlamps, or tanning booths, or if patches develop, use a sunscreen or protective clothing when exposed to the sun. DO NOT USE THIS MEDICINE if you are pregnant. IF YOU SUSPECT THAT YOU COULD BE PREGNANT, contact your doctor immediately. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby. IF YOU HAVE DIABETES, this medicine may affect your blood sugar. Check blood sugar levels closely and ask your doctor before adjusting the dose of your diabetes medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS that may occur while taking this medicine include nausea, changes in menstrual flow, breakthrough bleeding, spotting, missed periods, breast tenderness, headache, or acne. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience weight changes, rash, itching, depression, or swelling of ankles or fingers. CONTACT YOUR DOCTOR IMMEDIATELY if you experience sudden or severe headache; sudden loss of coordination; sudden loss of vision or changes in vision; sudden, severe chest pain or numbness; weakness, numbness, or pain in arm or leg; shortness of breath; or slurred speech. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA

**Walgreens** The Pharmacy America Trusts    **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

PATIENT    MIRIAM LAWRENCE
MEDICATION    TRIAMTERENE 37.5MG/ HCTZ 25MG CAPS
DIRECTIONS    TAKE 1 CAPSULE EVERY DAY

DR L. KATZELL
Our records show that you have reported no allergies.

NDC 00378-2537-10

GREEN and YELLOW

Side 1: MYLAN 2537
Side 2: MYLAN 2537

Our records show that you have reported health conditions.

**GENERIC NAME:**
TRIAMTERENE (trye-AM-ter-een) and HYDROCHLOROTHIAZIDE (hye-droe-klor-oh-THYE-a-zide)

**COMMON USES:**
This medicine is a potassium-sparing and thiazide diuretic combination used to treat high blood pressure and swelling due to excess body water. It may be also be used to treat other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. THIS MEDICINE MAY CAUSE an increase in urine or in frequency of urination. To prevent this from affecting sleep, if you are taking 1 dose daily, take it in the morning after breakfast. If you are taking more than 1 dose, take the last one no later than 6 pm. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
THIS MEDICINE MAY CAUSE dizziness. Drinking alcohol will increase this effect. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun or sunlamps until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. DO NOT USE A SALT SUBSTITUTE or potassium supplement without checking with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include dizziness or lightheadedness when standing or sitting up, nausea, diarrhea, or loss of appetite. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience leg or muscle cramps; rapid, weak, or irregular heartbeat; mental confusion; stomach pain; vomiting; rash; dry mouth; or excessive thirst. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

**KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA**

**Walgreens** The Pharmacy America Trusts | **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

DR L. KATZELL
Our records show that you have reported no allergies.

NDC 00378-3252-05

PATIENT   MIRIAM LAWRENCE
MEDICATION   RANITIDINE 150MG TABLETS
DIRECTIONS   TAKE 1 TABLET TWICE DAILY

WHITE

Side 1: G
Side 2: 00/30

Our records show that you have reported health conditions.

**GENERIC NAME:**
RANITIDINE (ra-NIT-ti-deen)

**COMMON USES:**
This medicine is a histamine blocker used to treat and prevent ulcers. It is also used to treat gastroesophageal reflux disease (GERD). This medicine may also be used to treat other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. ANTACIDS MAY BE USED with this medicine unless directed otherwise by your doctor. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
IF YOUR SYMPTOMS DO NOT IMPROVE or if they become worse, check with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
A SIDE EFFECT, that may go away during treatment, is headache. If it continues, or is bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP  OUT  OF  REACH  OF  CHILDREN  -  STORE  IN  SAFETY  CONTAINERS  OR  SECURE  AREA

**Walgreens** The Pharmacy America Trusts | **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

PATIENT    MIRIAM LAWRENCE
MEDICATION  ALLEGRA 60MG CAPSULES
DIRECTIONS  TAKE 1 CAPSULE BY MOUTH TWICE
            DAILY

NDC 00088-1102-47

WHITE and PINK

Side 1: 60mg
Side 2: allegra

DR L. KATZELL
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

**GENERIC NAME:**
FEXOFENADINE (fex-oh-FEN-a-deen)

**COMMON USES:**
This medicine is an antihistamine used to treat the symptoms of hay fever and other allergic conditions such as watery eyes, runny nose, itching eyes, and sneezing.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. DO NOT TAKE ANTACIDS CONTAINING ALUMINUM AND MAGNESIUM within 2 hours of taking this medicine. STORE THIS MEDICINE AT ROOM TEMPERATURE, away from heat, light, and moisture. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT EXCEED the recommended dose of this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. If you have any questions about taking this medicine with any medicines that you are currently taking, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:**
A SIDE EFFECT that may occur while taking this medicine is painful menstrual periods. If it continues or is bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

**KEEP OUT OF REACH OF CHILDREN • STORE IN SAFETY CONTAINERS OR SECURE AREA**

**Walgreens** The Pharmacy America Trusts    Your Personal Prescription Information

PHARMACY PH (954)563-3009
DOB 09/16/39

PATIENT    MIRIAM LAWRENCE
MEDICATION    SINGULAIR 10MG TABLETS
DIRECTIONS    TAKE TWO TABLETS BY MOUTH DAILY

NDC 00006-0117-31

TAN

DR L. KATZELL
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

Side 1: MRK 117
Side 2: SINGULAIR

**GENERIC NAME:**
MONTELUKAST (mon-te-LOO-kast)

**COMMON USES:**
This medicine is a leukotriene receptor antagonist used for the prevention and long term treatment of asthma.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat, moisture, and light. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking 1 dose daily, take the missed dose if you remember the same day. Skip the missed dose if you do not remember until the next day. DO NOT take 2 doses at once.

**CAUTIONS:**
THIS MEDICINE WILL NOT STOP AN ASTHMA ATTACK once one has started. IF YOU ARE ALSO USING A BRONCHODILATOR INHALER, be sure to always carry the inhaler with you to use during asthma attacks. CONTACT YOUR DOCTOR IF YOUR SYMPTOMS DO NOT IMPROVE or if they become worse while you are using this medicine. DO NOT STOP USING THIS MEDICINE without first checking with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:**
NO COMMON SIDE EFFECTS HAVE BEEN REPORTED with the proper use of this medicine. CONTACT YOUR DOCTOR IMMEDIATELY if you experience the following side effects or symptoms of toxicity: flu-like illness, rash, numbness or tingling of arms and legs, or severe sinus inflammation. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**For faster service, phone in your refill request 24 hours in advance**

KEEP OUT OF REACH OF CHILDREN · STORE IN SAFETY CONTAINERS OR SECURE AREA

**Walgreens** The Pharmacy America Trusts    **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

DR L. KATZELL
Our records show that you have reported no allergies:

PATIENT    MIRIAM LAWRENCE
MEDICATION    PAXIL 20MG TABLETS
DIRECTIONS    TAKE 1 TABLET BY MOUTH EVERY DAY

NDC 00029-3211-20

PINK

Side 1: PAXIL
Side 2: 20

Our records show that you have reported health conditions.

**GENERIC NAME:**
PAROXETINE (pa-ROX-e-teen)

**COMMON USES:**
This medicine is a selective serotonin reuptake inhibitor (SSRI) used to treat obsessive-compulsive disorder (OCD), panic disorder, or social anxiety disorder. It may also be used to treat depression and other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature, away from heat and light. CONTINUE TO TAKE THIS MEDICINE even if you feel better. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it in the morning, take it during the afternoon if you remember. If you do not remember until the next morning, skip the missed dose and go back to your regular dosing schedule. IF YOU MISS A DOSE and you are taking 1 dose daily at bedtime and do not remember until the next day, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
AT LEAST 1 TO 2 WEEKS, and sometimes up to 4 weeks, may pass before this medicine reaches its full effect. DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. THIS MEDICINE MAY CAUSE drowsiness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. DO NOT DRINK ALCOHOL while you are taking this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor. This includes any medicines that contain dextromethorphan. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include nervousness, trouble sleeping, headache, drowsiness, fatigue, nausea, vomiting, diarrhea, loss of appetite, dry mouth, sweating, dizziness, lightheadedness, muscle spasms, or changes in sexual function. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

**KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA**

**Walgreens** The Pharmacy America Trusts | Your Personal Prescription Information

PHARMACY PH (954)563-3009
DOB 09/16/39

DR L. KATZELL
Our records show that you have reported no allergies.

Our records show that you have reported health conditions.

NDC 00228-2027-96

PATIENT     MIRIAM LAWRENCE
MEDICATION  ALPRAZOLAM 0.25MG TABLETS
DIRECTIONS  TAKE 1 TABLET BY MOUTH THREE
            TIMES DAILY

WHITE and WHITE

Side 1: 027
Side 2: R

**GENERIC NAME:**
ALPRAZOLAM (al-PRAZ-oh-lam)

**COMMON USES:**
This medicine is a benzodiazepine used to treat anxiety and panic disorder. It may also be used to treat other conditions as determined by your doctor.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. AVOID DRINKING GRAPEFRUIT JUICE while taking this medicine. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If you do not remember until later, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of other medicines and alcohol. Ask your pharmacist if you have questions about which medicines can cause drowsiness. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include excessive daytime drowsiness, unusual weakness, dizziness, lightheadedness, headache, clumsiness, or unsteadiness. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

**KEEP OUT OF REACH OF CHILDREN** - STORE IN SAFETY CONTAINERS OR SECURE AREA

**Walgreens** The Pharmacy America Trusts    **Your Personal Prescription Information**

PHARMACY PH (954)563-3009
DOB 09/16/39

DR L. KATZELL
Our records show that you have reported no allergies.

Our records show you have reported health conditions.

PATIENT    MIRIAM LAWRENCE
MEDICATION    DURADRIN CAPSULES
DIRECTIONS    TAKE 1 TO 2 CAPSULES BY MOUTH AS
NEEDED FOR HEADACHE **DO NOT
TAKE MORE THAN 5 CAPSULES IN 12
HOURS***

NDC 51285-0364-02
RED and WHITE

Side 1: DP1
Side 2: 364

**GENERIC NAME:**
ISOMETHEPTENE (eye-soe-metyh-EP-teen), DICHLORALPHENAZONE (dye-klor-al-FEN-a-zone), and
ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

**COMMON USES:**
This medicine is an analgesic, vasoconstrictor, and sedative combination used to treat migraine and
tension headaches.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. STORE THIS MEDICINE at room
temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as
possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing
schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until
you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may
lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT TAKE MORE THAN 5
CAPSULES IN 12 HOURS or more than 8 capsules in 24 hours, unless directed otherwise by your doctor. THIS
MEDICINE CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen for pain or fever without
checking with your doctor or pharmacist. Ask your pharmacist if you have questions about which medicines
contain acetaminophen. ALCOHOL WARNING: If you consume 3 or more alcoholic drinks every day, ask your
doctor whether you should take acetaminophen or other pain relievers/fever reducers. Acetaminophen may cause
liver damage. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter,
check with your doctor or pharmacist.

**POSSIBLE SIDE EFFECTS:**
A SIDE EFFECT, that may go away during treatment, is dizziness. If it continues or is bothersome,
check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience a skin rash.
If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP    OUT    OF    REACH    OF    CHILDREN    -    STORE    IN    SAFETY    CONTAINERS    OR    SECURE    AREA

**Walgreens The Pharmacy America Trusts** | **Your Personal Prescription Information**

PHARMACY PH (954)563-3009

NDC 00228-2023-10

DR L. KATZELL
Our records show that you have reported no allergies.
DOB 09/16/39

PATIENT MIRIAM LAWRENCE
MEDICATION BUTALBITAL/ASA/CAFF (F/ORNAL) TABS
DIRECTIONS TAKE 1 TABLET BY MOUTH EVERY 4 HOURS

WHITE

Side 1: 023

Our records show that you have reported health conditions.

**GENERIC NAME:**
BUTALBITAL (byoo-TAL-bi-tal), ASPIRIN (AS-pir-in) and CAFFEINE (kaf-EEN)

**COMMON USES:**
This medicine is an analgesic, barbiturate, and stimulant combination used to treat tension headaches.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. TAKE THIS MEDICINE with food or milk. DO NOT TAKE THIS MEDICINE if it has a strong vinegar-like smell. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT TAKE THIS MEDICINE if you have ever had any unusual or allergic reaction to aspirin, ibuprofen, naproxen, or any other medicine used to treat pain, fever, swelling, or arthritis. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tel l your doctor immediately. Do not take any more doses of this medicine unless your doctor tells you to do so. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed without checking with your doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. AVOID ALCOHOL while you are using this medicine. This medicine will add to the effects of alcohol and other depressants. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY CAUSE stomach bleeding. If you drink alcohol on a daily basis, do not take this medicine without first discussing it with your doctor. Alcohol use combined with this medicine may increase your risk for stomach bleeding. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN TAKING BIRTH CONTROL PILLS, this medicine may decrease the effectiveness of your birth control pills. To prevent pregnancy, use an additional form of birth control while you are taking this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, lightheadedness, indigestion, bloody or black stools, nausea, vomiting, or gas. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**YOU CAN NOW USE THE INTERNET TO REQUEST REFILLS AT www.walgreens.com**

KEEP OUT OF REACH OF CHILDREN - STORE IN SAFETY CONTAINERS OR SECURE AREA