JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,          :

        PLAINTIFF,          :

v.          :

MIRIAM "MIMI" LAWRENCE,          :

        DEFENDANT.          :



GOVERNMENT'S MOTION FOR DOWNWARD
DEPARTURE UNDER SECTION 5K1.1
OF THE SENTENCING GUIDELINES

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a downward departure from the guideline range of the defendant under Section 5K1.1 of the Sentencing Guidelines and states as follows:

1.    On May 12, 2000, the defendant was charged in eight counts of a twenty-nine count indictment which charged two other individuals. Count I of the indictment charged her with conspiring with Mark Roseman, Leo Brovillette and others to commit bank fraud, defraud HUD, to commit loan application fraud, wire fraud and mail fraud, in violation of 18 U.S.C. Section 371. On September 20, 2000, defendant pled guilty to Count I of the Indictment. The PSI currently reflects that the guideline range of the defendant is 24-30 months.

2.    The defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. The defendant assisted the



government in the prosecution of co-defendant Mark Roseman. Roseman and Jack Kudron were leaders of a mortgage fraud scheme wherein approximately $15,000,000 of loans were fraudulently obtained. The defendant assisted the scheme by providing, at the request of Roseman, Kudron or others, false tax returns for some of the loans and providing false verifications to the lending institutions on approximately a dozen loans. The defendant was prepared to testify as to how Roseman got her involved in these fraudulent activities, among other matters. On January 24, 2001, Roseman pled guilty.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
Court No. A5500030
500 E. Broward Blvd., 7th Flr
Fort Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of March, 2001 to Jeffrey Feiler, Esquire, 7685 S.W. 104th St., Ste.200, Miami, Florida 33156.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY