SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6117-CR
DEFENDANT Miriam Lawrence
JUDGE Paul C. Huck
Deputy Clerk Valerie Thomplus
DATE 3-13-2001
Court Reporter Bryan Dockstader
USPO _____
AUSA Jeffrey Kaplan
Deft's Counsel Jeffrey Feiler

_____ Deft Failed to Appear - Warrant to be Issued - Bond Forfeited.

__✓__ Sentencing cont'd until 5/1/2001 at 8:00 (AM)/ PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

| Supervised Release/Probation | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

COUNTS DISMISSED _____

Comments/Spec. Conds: _____
_____
_____
_____

Assessment $_____   Fine $_____   Restitution /Other _____

**CUSTODY**

_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____
_____
_____

