FILED by D.C.
MAR 1 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                  CASE NO. 00-6117-CR-HUCK

       Plaintiff,

vs.                                        NOTICE OF HEARING

MIRIAM LAWRENCE,

       Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for sentencing on Tuesday, May 01, 2001, at 8:00 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at James Lawrence King Building, 99 NE 4th Street, 10th Floor Courtroom #6, Miami, Florida.

Dated: March 13, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Jeffrey Kaplan, AUSA
    Jeffrey Feiler, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services

