UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIRIAM LAWRENCE,

    Defendant.

_____/



## ORDER DIRECTING BUREAU OF PRISONS
## TO ADMINISTER MEDICAL TESTS RE: HANSENS DISEASE

This Cause having come before the Court this date upon the agreement of the

Government and Defendant in the interest of the Court being fully advised at the

Sentencing scheduled for May 1, 2001, it is hereby:

ORDERED and ADJUDGED as follows:

1.    Defendant, Miriam Lawrence shall at her own expense travel to the Bureau

of Prisons Facility Carswell, in Ft. Worth, Texas during the period of April 20th through

April 27, 2001 where she will at the earliest juncture make herself available at the medical

facility for testing.

2.    The Bureau of Prisons shall administer such tests as are routinely done to

test for Hansens Disease.

3.    The result shall forthwith be transmitted by the Bureau of Prisons to the

Federal Detention Center in Miami, Florida c/o Jose Martinez, Health Services

Administrator and Fernando Sanchez, Case Manager Coordinator, and Assistant United



States Attorney Jeffrey Kaplan (954) 356-7255 X3515 and Counsel for Defendant Jeffrey

E. Feiler (350) 670-7700 prior to May 1, 2001.

4.    The Federal Detention Center shall then report to United States Probation

Officer Tracy L. Webb (954) 769-5527 their conclusions regarding placement of defendant

after sentencing.  Said information shall then be made known to Counsel and the Court for

purposes of Sentencing.

DONE and ORDERED this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeffrey Kaplan, Assistant United States Attorney
Tracey Webb, US Probation Officer
Bureau of Prisons – Carswell, Texas Facility
Medical Facility
Federal Detention Center, Fernando Sanchez and Jose Martinez