FILED APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6117-CR-HUCK

    Plaintiff,

vs.                            NOTICE OF HEARING

MIRIAM "MIMI" LAWRENCE,

    Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for a sentencing hearing on Tuesday, June 12, 2001, at 5:00 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: April 27, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc:  Jeffrey Kaplan, AUSA
    Jeffrey Feiler, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services