SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6117CR_

DEFENDANT _MIRIAM "Mimi" Lawrence_ JUDGE __PAUL C. HUCK__

Deputy Clerk __VALERIE THOMPKINS__    DATE _6-12-2001_

Court Reporter __LARRY HERR__    USPO_____

AUSA _Jeffrey Kaplan_    Deft's Counsel _Jeffrey Feiler_

COUNTS DISMISSED _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| _ONE year one day_ | | | _I_ |

Supervised Release ___**3** yrs___

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments_ Gov motion for 5K1.1 is hereby granted._

_Count advice defendant of her right to appeal_

Assessment $ _100.00/x 4_    Fine $ _0_

Restitution /Other _____

## CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

___✓___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _8 13 01_

Commitment Recommendation: _FCI Coleman_

_Look @ the medical History._