NON-COMPLIANCE OF S.D. fla. L.R. _____

FILED by \_\_\_\_\_

JUN 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

v.

MIRIAM LAWRENCE,

_____/

MOTION FOR DISBURSEMENT OF BOND

COMES NOW, the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Billy F. Dobbs in the amount of Five Thousand Dollars ($5,000.00) plus an accrued interest be refunded to:

The beneficiary's social security or tax identification number is as follows:

Billy F. Dobbs
(Name of Beneficiary)

4550 NE 2nd Terrace
(Address for mailing or Form 1099)

Ft. Lauderdale, Fl  33334
(City)       (State)      (Zip)

452  52  1181
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:

Jeffrey Kaplan, Assistant United States Attorney.

**ORDER**

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami, Florida this 20 day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney
     Counsel of Record
     Financial Deputy Clerk