JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,        :

              PLAINTIFF,        :

v.        :

MIRIAM LAWRENCE,        :

              DEFENDANT.        :



## STIPULATION REGARDING AMOUNT OF RESTITUTION

The United States of America and Miriam Lawrence hereby stipulate and agree that the amount of the restitution due and owing by the defendant in the above-referenced case is $881,504, which is due in the amounts set forth below to the following entities:

| | |
|---|---|
| Fannie Mae<br>950 E. Paces Ferry Rd, Ste 1900<br>Atlanta, GA   30326 | $91,474 |
| First Bankers Mortgage Svcs.<br>1700 N.W. 64th St.., Suite 100<br>Ft. Lauderdale, Fl 33309 | 87,259 |
| Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102 | 19,128 |
| HUD<br>909 S.E. 1st Avenue<br>Miami, Fl 33131 | 208,205 |
| Radian Guaranty<br>400 Market St.<br>Philadelphia, PA 19106 | 23,574 |

| | |
|---|---|
| Sun Trust | 209,963 |
| United Guaranty Residential Ins. Co.<br>230 N Elm Street<br>PO Box 21367<br>Greensboro, N.C. 27420 | 48,435 |
| Mortgage Guaranty Ins. Corp.<br>MGIC Plaza<br>PO Box 488<br>Milwaukee, Wisc 53201 | 96,706 |
| Republic Mortgage Ins. Co.<br>PO Box 2514<br>Winston-Salem, N.C. 27102 | 82,083 |
| Chase Manhattan Mortgage | <u>14,677</u><br>881,504 |

The liability for restitution should be joint and several with the defendant's co-conspirators.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
Court No. A005500030
500 E. Broward Blvd. 7th F;r.
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

By: _____
JEFFREY FEILER, ESQUIRE
ATTORNEY FOR DEFENDANT

_____
MIRIAM LAWRENCE
DEFENDANT