JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

          PLAINTIFF,

v.

MIRIAM "MIMI" LAWRENCE,

          DEFENDANT.
_____/



FILED by _____ D.C.
AUG - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## RESTITUTION ORDER

THIS MATTER is before the Court upon the Stipulation Regarding Amount of Restitution. The Court having reviewed the file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the defendant Miriam "Mimi" Lawrence shall pay joint and several restitution in the amount of $881,504 to the victims in this case. Restitution is payable immediately. The United States Bureau of Prisons, United States Probation Office and the United States Attorney's Office are responsible for the enforcement of this order. Restitution shall be made payable to the U.S. Courts and forwarded to the Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128-7788, Attention: Financial Section, Room 150.



Restitution will be forwarded by the Clerk of the Court to the victims set forth in the Stipulation.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 3 day of August, 2001.

PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc: Jeffrey Kaplan, Esq., AUSA
   Jeffrey Feiler, Esq.
   Probation
   Marshal
   Financial