PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63870



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 1:00CR-6117-HUCK

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   **Miriam Mimi Lawrence**

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, Judge  
U.S. District Court, Miami

Date of Original Sentence: June 12, 2001

Original Offense:   Conspiracy to Commit Bank Fraud, HUD Fraud, Mail Fraud, and Wire Fraud in violation of Title 18 U.S.C. §371, a Class "D" Felony.

Original Sentence:   One year (1) one day (1) custody of the Bureau of Prisons followed by three (3) years Supervised Release, and a $100 special assessment fee. Special conditions: 1) Defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self-employment; 2) Defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; and 3) Restitution in the amount of $881,504, joint and several.

Type of Supervision: Supervised Release       Date Supervision Commenced: May 22, 2002

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

"Defendant shall not apply for, solicit, or incur any further debt included but not limited to loans, lines of credit or credit card charges either as a principal or co-signor, or as an individual, or through corporate entity without first obtaining the permission of the U.S. Probation Officer."

"Defendant shall pay restitution at a rate of $75 per month until such time the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor payment of restitution and report to the Court any material change in the defendant's ability to pay."



PROB 12B  
(SD/FL 9/96)                                                                                 SD/FL PACTS No. 63870

**THE HONORABLE PAUL C. HUCK, JUDGE**  
**DECEMBER 6, 2004**  
**PAGE 2**

<u>**NAME OF OFFENDER:**</u>   MIRIAM MIMI LAWRENCE           <u>CASE NO. 1:00CR-6117-HUCK</u>

## CAUSE

**<u>VIOLATION OF MANDATORY CONDITION,</u>** by failing to satisfy the Court ordered restitution. On June 12, 2001, restitution in the amount of $881,504 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered.

A financial investigation was conducted by the U.S. Probation Office to determine the defendant's ability to make monthly restitution payments. Based on that information, it was determined that the defendant will be able to pay $75 per month towards restitution. As such, it is respectfully requested that Your Honor sign the Petition For Probation Action modifying the conditions of supervision as indicated above.

A recent United States Court of Appeals 11th Circuit Decision, **<u>United States v. David Prouty</u>** determined that the setting of the schedule for payment of restitution is a core judicial function under the Mandatory Victim's Restitution Act and the District Court may not delegate its discretion to the U.S. Probation Officer, pursuant to Title 18 U.S.C. §3664(f).

Throughout the defendant's term of Supervised Release this office has been monitoring her ability to make restitution towards her Court ordered financial obligation. The defendant has paid the Court ordered restitution to the best of her financial ability. The defendant's term of Supervised Release is set to terminate on May 21, 2005, and she will not be able to satisfy this financial obligation in full.

The defendant has signed a Consent Agreement Form indicating that she will continue to make payments in the amount of $75 per month towards her Court ordered financial obligation until said financial obligation has been satisfied. The Consent Agreement will be forwarded to the U.S. Attorney's Office. It is anticipated that the U.S. Attorney's Office will be submitting a separate order to the Court specifying the agreement. As a result, it is respectfully requested that Your Honor take no further action and allow the defendant's term of Supervised Release to expire normally.

Respectfully submitted,

by       *[signature]*  
John E. Minnelli  
U.S. Probation Officer  
Phone: (954) 769-5536  
Date: December 6, 2004

PROB 12B                                                      SD/FL PACTS No. 63870
(SD/FL 9/96)

THE HONORABLE PAUL C. HUCK, JUDGE
DECEMBER 6, 2004
PAGE 3

NAME OF OFFENDER:   MIRIAM MIMI LAWRENCE            CASE NO. 1:00CR-6117-HUCK

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

December 10, 2004
_____
Date