UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIRIAM LAWRENCE,

    Defendant.
_____/

### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The non-federal restitution order of $881,504.00, entered on June 12, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Miami, Florida this 11th day of February, 2005.

                                                      PAUL C. HUCK
                                                      UNITED STATES DISTRICT JUDGE

cc: Elizabeth Ruf Stein, AUSA
    John E. Minnelli, USPO
    Miriam Lawrence, Defendant